UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
(Fort Lauderdale)

IN RE:                                                          CASE NO.: 15-12588-BKC-RBR

DAVID CASSIDY,                                       CHAPTER 11

        Debtor,

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

        Creditor, Susan Shifrin Cassidy, pursuant to 11 USC 362 and all other applicable law files this her Motion for Relief from the Automatic Stay and in support thereof states:

    1.    Prior to the institution of this bankruptcy, Susan Shifrin Cassidy filed a proceeding for dissolution of the 28 year marriage between Ms. Shifrin Cassidy and the Debtor, David Cassidy. The case is pending in Broward County Circuit Court, Case No. 14-1594(41).

    2.    The automatic stay clearly does not apply to most aspects of a divorce proceeding between a debtor and a non-filing spouse; however, there are some limitations as to the determination of the division of property that is property of the estate.

    3.    Based on the schedules and statement of financial affairs filed by the Debtor, there may be some interplay as to the division of property that may be property of the estate, however, that will not be a substantial aspect of the divorce proceeding.[1]

    4.    The significant assets held by the Debtor are not property of the estate, including the marital homestead.

---

[1] Pursuant to 11 USC 362 (b)(2)(C), the Family Court's Order as to the withholding of income that is property of the estate to pay a domestic support obligation is not stayed.

5. Ms. Shifrin Cassidy seeks stay relief in an abundance of caution to inform the Court of the pending divorce and the possibility of some interplay between the divorce proceeding and the bankruptcy proceeding.

6. The undersigned has contacted Debtor's counsel regarding this Motion and is awaiting a response as to whether the debtor has any opposition.

7. Based on the foregoing, Susan Shifrin Cassidy requests entry of an Order granting stay relief for the family court to make a full determination as to the divorce between the debtor and Ms. Shifrin Cassidy and to the extent any aspect of the family court ruling seeks to divide property of the estate (other than debtor's income being withheld to pay a domestic support obligation) such aspect of the determination will be made but not deemed effective until consideration by the bankruptcy Court and/or further stay relief as to such aspect of the dissolution of marriage.

WHEREFORE, Creditor, Susan Shefrin Cassidy respectfully requests entry of stay relief to the extent set forth above and such other and further relief this Court deems just and proper.

Dated: March 11, 2015.

Respectfully submitted,

Thomas L. Abrams, Esquire
GAMBERG & ABRAMS
*Attorneys for Creditor, Susan Shifrin Cassidy*
1776 N. Pine Island Road, Suite 215
Ft. Lauderdale, FL 33322
(954) 523-0900
(954) 915-9016
tabrams@tabramslaw.com

By: /s/Thomas L. Abrams
THOMAS L. ABRAMS, ESQUIRE
Florida Bar No. 764329

2