UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                                            Case No. 15-12588-BKC-RBR

DAVID CASSIDY,                                          Chapter 11
    Debtor.
_____/

### DEBTOR'S MOTION FOR THE ENTRY OF ORDER CONTINUING THE HEARING TO APPROVE SALE CONDUCTED ON SEPTEMBER 9,2015 AND OBJECTION THERETO

    David Cassidy (the "Debtor"), through undersigned counsel, hereby files this Motion for the entry of an Order Continuing the Hearing to Approve the Auction Sale Conducted on September 9, 2015 (the "Motion"). In support thereof, the Debtor respectfully states as follows:

### JURISDICTION AND VENUE

    The Court has jurisdiction to consider this Motion and to grant the relief requested herein pursuant to 28 U.S.C. §157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1408. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicates for this Motion are Sections 105, 363 and 522(f) of Title 11, united States Code (the "Bankruptcy Code") and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

### BACKGROUND

    1.    On February 11, 2015, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code.

    2.    The Debtor and Mrs. Susan Cassidy, the Debtor's non filing spouse ("Mrs. Cassidy"), jointly own certain real property located at 1600 S. Ocean Dr. #2003, Fort Lauderdale, Fl. 33316 , Florida which is legally described as: Harbor Beach Unit 2-21-18B Lot

1

5 BLK 9 (the "Marital Residence"). The Marital Residence is a beautiful seven thousand (7,000) square foot family residence located on the water in the exclusive Harbor Beach neighborhood of Fort Lauderdale, Florida.

3. On or about September 9, 2015, the Auctioneer conducted an auction at the Debtor's premises. A hearing to approve the sale is set for September 16, 2015.

4. Only two of the qualified bidders appeared in person. The other two (2) bidders appeared through their real estate agents, which agents bid on their behalf via cell phone consultations. Undersigned counsel did not realize that these bidders were actually agents of the bidders until the auction was concluded since the Auctioneer had all direct contact with potential bidders.

5. The highest bid received will generate $1,750,000.00 to the Debtor and his spouse. The total purchase price will be $1,855,000.00 which includes a 6% commission to the auctioneer. The payoff of the mortgages securing the property may exceed this figure due to the accrual of interest and real estate taxes. It will be impossible to ascertain if the bid will cover the liens on the property until the title work has been completed and payoffs are received from the two lienholders. Certainly this sale price will not be sufficient to fund a plan of reorganization.

6. Debtor believes the Marital residence has a market value of somewhere between $1,968,080 and $3,100,000.00 per the Broward County Property Appraiser, comparables, online appraisals and previous offers. See Exhibit 1.

7. In fact, the Debtor and his spouse received an offer for the Marital Residence exceeding $3,000,000.00 approximately a year ago. The individual who made this offer was

unable to participate in the auction due to difficulties in wiring monies from Canada to the United States in time to participate in the auction.

8. Finally, the successful bidder has indicated in an interview with the Sun Sentinel that it is his intention to resell the property for a profit. See Exhibit 2.

9. At a minimum, the sale should be continued until it is determined if the sale price is sufficient to cover the liens and, if not, it will be necessary to obtain the lienholders consent to the sale in order to comply with Section 363(f).

**RELIEF REQUESTED**

10. The Debtor respectfully requests that the Court continue the hearing to approve the sale until such time as the title work has been completed and a better analysis of the value of the property has been completed.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order approving the amendment to the participation requirement of the bidding procedure as set forth herein.

I HEREBY CERTIFY that a copy of the above and foregoing has been served on the list attached hereto on this 11th day of September, 2015, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

SUSAN D. LASKY, PA
Attorneys for Debtor
915 Middle River Dr Suite 420
Ft Lauderdale, Fl 33304
954-400-7474 954-206-0628 fax
Sue@SueLasky.com

BY: *Susan Lasky*
SUSAN D. LASKY, ESQ.
Florida Bar No.: 451096

ECF List: Cassidy

Thomas L Abrams, Esq on behalf of Creditor Susan Shifrin Cassidy
**tabrams@tabramslaw.com**, **dabrams@tabramslaw.com**

Joseph B Battaglia on behalf of Creditor U.S. Bank National Association, As Trustee
**sobkmail@wolfelawfl.com**, **jbattaglia@wolfelawfl.com**

Susan D. Lasky, Esq on behalf of Debtor David Cassidy
**ECF@suelasky.com**, **ECFSueLasky@gmail.com**

Office of the US Trustee
**USTPRegion21.MM.ECF@usdoj.gov**

Served by US Mail:
Karen Martin, Realtor
c/o Better Homes and Gardens Real Estate
777 S Federal Hwy
Ft Lauderdale, FL 33316

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-12588-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Mar  2 13:17:44 EST 2015 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | American Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Edward Lipton<br>c/o Andrew Lavin<br>1632 NE 12 Terr<br>Fort Lauderdale, FL 33305-3131 | Glantz & Glantz<br>7951 SW 6 St<br>Fort Lauderdale, FL 33324-3211 |
| Hobart Linzer LLP<br>777 S Figueroa Street<br>Suite 4000<br>Los Angeles, CA 90017-5840 | Jacob Binson<br>c/o Corinne Rosner Esq.<br>1755 N University Dr<br>Hollywood, FL 33024-3601 | Jason Haber, Esq.<br>888 S Andrews Ave<br>Suite 201<br>Fort Lauderdale, FL 33316-1047 |
| Jeffrey Harrington Esq<br>Harrington Law Associate<br>100 S Olive Ave<br>West Palm Beach, FL 33401-5505 | Joel Kirschbaum, Esq.<br>1301 E Broward Blvd<br>Suite 230<br>Fort Lauderdale, FL 33301-2111 | Mark Shore, Esq.<br>POB 272404<br>Boca Raton, FL 33427-2404 |
| Morrison, Brown, Argiz & Farra LLC<br>225 NE Mizner Blvd<br>Suite 685<br>Boca Raton, FL 33432-4080 | Norman Kronstadt, PA<br>8211 W Broward Blvd<br>Suite 300<br>Fort Lauderdale, FL 33324-2747 | Novlet Lawrence<br>c/o Kevin B Dennis<br>1630 W Hillsboro Blvd<br>Deerfield Beach, FL 33442-1657 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PB Labs LLC<br>POB 3315<br>West Palm Beach, FL 33402-3315 | Rodier & Rodier PA<br>400 N Federal Hwy<br>Hallandale, FL 33009-3437 |
| Saavedra Goodwin<br>312 SE 17 St., 2nd Floor<br>Fort Lauderdale, FL 33316-2524 | Schlam Dermatology PA<br>10044 NW 1 Ct<br>Fort Lauderdale, FL 33324-7005 | The Villas at Polo Towers, Inc.<br>Maintenance Fee Dept<br>10600 West Charleston Blvd<br>Las Vegas, NV 89135-1014 |
| Todd Brooks<br>Safeco Insurance<br>POB 515097<br>Los Angeles, CA 90051-5097 | US Bank NA as Trustee<br>One Federal Street 3rd Floor<br>Boston, MA 02110-2027 | Wells Fargo Bank Nv N<br>Po Box 94435<br>Albuquerque, NM 87199-4435 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | David Cassidy<br>1600 S Ocean Dr<br>#2003<br>Fort Lauderdale, FL 33316-3244 |
| Susan D. Lasky Esq<br>915 Middle River Dr<br>Suite 420<br>Fort Lauderdale, FL 33304-3561 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Kia Motor Finance                    End of Label Matrix
                                        Mailable recipients    27
                                        Bypassed recipients     1
                                        Total                  28

Case 15-12588-RBR    Doc 76    Filed 09/11/15    Page 6 of 12

# EXHIBIT 1

RealQuest    RealQuest Express    RealQuest Professional                                      Sign In

Search | Property Values | Benefits | HomeStandings™ | Pricing | Help

**1600 S OCEAN DR**   FORT LAUDERDALE, FL 33316
Estimated Value : $2,564,000   For Sale Listing Price : $2,950,000
Forecast Std Deviation : 23   5 beds / 5 baths / 7,016 sqft
For Sale

RealQuestExpress™
BETA
Property Detail Report
BUY REPORT NOW

## Key Facts

### Property Characteristics

| | |
|---|---|
| Living Area | 7,016 |
| Beds | 5 |
| Baths | 5 |
| Total Rooms | -- |
| Year Built | 2006 |
| Lot Size | 19,183 |
| Property Type | SFR |

Detailed Property Characteristics



### Location Information

| | |
|---|---|
| County | BROWARD |

Detailed Location Information

### Last Market Sale

| | |
|---|---|
| Last Rec/Sale Date : | 02/12/2001 |
| Last Sale Amount : | $1,100,000 |

Detailed Sales History

**Gold Plan provides access to:**

Property Details on 141 million homes, including 1 million properties in foreclosure

Active For Sale Listings, including foreclosures and photos

Property Values

Nearby Sales

2 HomeStandings™ Reports Per Month

**COMPARE PLANS**

## Characteristics

### Detailed Property Characteristics

| | |
|---|---|
| Living Area | 7,016 |
| Beds | 5 |
| Baths | 5 |
| Total Rooms | -- |
| Year Built | 2006 |



**LORI PARRISH BROWARD COUNTY PROPERTY APPRAISER**

| Site Address | 1600 S OCEAN DRIVE, FORT LAUDERDALE | ID # | 5042 13 03 0620 |
|---|---|---|---|
| Property Owner | CASSIDY,DAVID & SUSAN SLC REV FAM TR | Millage | 0312 |
| | | Use | 01 |
| Mailing Address | 1600 S OCEAN DR FORT LAUDERDALE FL 33316-3244 | | |

| Abbreviated Legal Description | HARBOR BEACH UNIT 2 21-18 B LOT 5 BLK 9 |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $863,240 | $1,104,840 | $1,968,080 | $1,759,540 | |
| 2014 | $863,240 | $1,104,840 | $1,968,080 | $1,745,580 | $34,283.36 |
| 2013 | $844,050 | $1,015,390 | $1,859,440 | $1,719,790 | $34,172.50 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $1,968,080 | $1,968,080 | $1,968,080 | $1,968,080 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 03 | $1,759,540 | $1,759,540 | $1,759,540 | $1,759,540 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $1,709,540 | $1,734,540 | $1,709,540 | $1,709,540 |

| Sales History |||| Land Calculations |||
|---|---|---|---|---|---|---|
| Date | Type | Price | Book/Page or CIN | Price | Factor | Type |
| 1/27/2005 | QCD | | 39015 / 1351 | $45.00 | 19,183 | SF |
| 2/12/2001 | WD | $1,100,000 | 31287 / 133 | | | |
| 9/1/1993 | WD | $715,000 | 21150 / 594 | | | |
| 7/1/1991 | WD | $875,000 | | Adj. Bldg. S.F. (Card, Sketch) || 7075 |
| 10/1/1986 | WD | $392,500 | | Units || 1 |

Test: Click for new maps.

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 03 | | | | | | | | |
| R | | | | | | | | |
| 1 | | | | | | | | |

# EXHIBIT 2

# David Cassidy's Fort Lauderdale home fetches $1.8 million at auction

**By Paul Owers**
Sun Sentinel

SEPTEMBER 10, 2015, 5:24 AM

David Cassidy's Fort Lauderdale home is under contract for $1.8 million — about $100,000 less than the appraised value.

The 7,000-square-foot waterfront estate at 1600 S. Ocean Drive was auctioned Wednesday. The former teen idol filed a Chapter 11 bankruptcy case earlier this year.

Fisher Auction Co. handled the sale, which drew four bidders. A judge still must approve the deal next week.

The five-bedroom, six-bathroom home has custom wood floors, a chef's kitchen, a pool and a gazebo. Broward County appraised it at $1.9 million. Cassidy, 65, star of "The Partridge Family" television show, paid $1.1 million in 2001.

Andrea Harrington, a real estate agent for Century 21 Hansen Realty, said her client, an investor, submitted the highest bid and signed a contract. She would not disclose his name.

Harrington said her client probably would rent the home before reselling it.

"He looks for good deals, and he actually got a really good deal on it," she said.

The home is on less than half an acre in the prestigious Harbor Beach neighborhood, but some agents say the property is outdated and may eventually be torn down. What's more, fixed bridges in the area limit the new owner's boat size, said Chip Falkanger, an agent with Macken Realty in Fort Lauderdale.

"It's a beautiful piece of land. Lots that size are difficult to come by, but the design is very, very dated," Falkanger said.

In court papers, Cassidy, a musician, said he travels frequently and doesn't need the home. He and his wife, Susan, are divorcing.

To qualify, bidders had to make a $200,000 escrow payment and prove they have at least $3 million to spend. Fisher closed the auction to the media. Cassidy did not attend.

powers@SunSentinel.com, 561-243-6529 or Twitter @paulowers

Copyright © 2015, Sun Sentinel

David Cassidy home being sold for $1.8 million - Sun Sentinel

http://www.sun-sentinel.com/business/realestate/fl-david-cassidy-auction-20150909-sstory.html