**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**
(Fort Lauderdale)

IN RE: CASE NO.: 15-12588-BKC-RBR

DAVID CASSIDY, CHAPTER 11

Debtor,

______________________________/

**CREDITOR AND CO-OWNER OF HOME SUBJECT TO SALE, SUSAN SHIFRIN CASSIDY'S OBJECTION TO SALE**

Creditor and co-owner of the home subject to sale, Susan Shifrin Cassidy, pursuant to the Court's June 30, 2015 Order Granting Debtor's Motion Scheduling Auction Sale ("Motion") and related relief [ECF 63] and all other applicable law files this her Objection to Sale and states:

1. On May 21, 2015, the Debtor filed a Motion to sell the subject property and related relief [ECF 52] which is not property of the estate as it is homestead and owned tenancy by the entireties between the Debtor and his non filing spouse, Susan Shifrin Cassidy.[1]

2. As set forth in the Motion, the purpose of the sale was to satisfy at a minimum the first and second mortgage liens against the property as well as the real estate taxes and expenses of sale.

3. It has been represented to Susan Shifrin Cassidy that the gross amount of the highest bidder at the Auction held on September 9th was $1,855,000.00. This is substantially less than the amount anticipated and it is uncertain whether it will be

[1] Movant and the Debtor have a pending divorce proceeding.

sufficient to satisfy the mortgages, taxes and costs of sale in full and, if so, only marginally.

4. Movant understands and agrees that Fisher Auction and Mr. Jason Welt have to date utilized their best efforts to obtain the maximum auction price, but there may be a brief window to obtain a higher price.

5. Movant requests that consideration of approval of the Sale be continued for seven days providing Fisher Auction and Mr. Welt further time in regard to obtaining higher offers subject to the same conditions as the auction bidders.

WHEREFORE, Creditor, Susan Shifrin Cassidy respectfully requests entry of an Order sustaining her objection to sale and continuing the sale process for a limited period (seven to ten days) for Fisher Auctions and Mr. Welt to seek further offers at a higher price and such other and further relief this Court deems just and proper.

Dated: September 11, 2015.

Respectfully submitted,

Thomas L. Abrams, Esquire
GAMBERG & ABRAMS
*Attorneys for Creditor, Susan Shifrin Cassidy*
1776 N. Pine Island Road, Suite 215
Ft. Lauderdale, FL 33322
(954) 523-0900
(954) 915-9016
tabrams@tabramslaw.com

By: /s/Thomas L. Abrams
THOMAS L. ABRAMS, ESQUIRE
Florida Bar No. 764329

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ***United States first-class Mail and/or electronically via CM/ECF as noted to all parties on the attached Service List*** on this 11th day of September, 2015.

By: /s/Thomas L. Abrams
THOMAS L. ABRAMS, ESQ.

## SERVICE LIST

***Notice/Service via ECF Electronic Mail:*** The following is the list of **parties** who are currently on the list to receive e-mail notice/service via CM/ECF for this case:

- Thomas L. Abrams; tabrams@tabramslaw.com; dabrams@tabramslaw.com
- Joseph B Battaglia; sobkmail@wolfelawfl.com, jbattaglia@wolfelawfl.com
- Susan D. Lasky; ECF@suelasky.com, ECFSueLasky@gmail.com
- Office of the US Trustee; USTPRegion21.MM.ECF@usdoj.gov

***Notice via e-mail***

Jason A. Welt; jw@jweltpa.com

***Notice/Service via Regular First Class U.S. Mail:***

Karen Martin, Realtor
c/o Better Homes and Gardens Real Estate
777 S. Federal Hwy.
Fort Lauderdale, FL 33316

John J. Scelfo
P.O. Box 30298
Fort Lauderdale, FL 33304

Beacon of Pompano, LLC
24 Buckingham Way
Freehold, NJ 07728

***See also Attached Service List***

By: /s/Thomas L. Abrams
Thomas L. Abrams, Esq.

Label Matrix for local noticing
113C-0
Case 15-12588-RBR
Southern District of Florida
Fort Lauderdale
Mon Mar 9 15:22:53 EDT 2015

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

American Express
POB 297871
Fort Lauderdale, FL 33329-7871

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Edward Lipton
c/o Andrew Lavin
1632 NE 12 Terr
Fort Lauderdale, FL 33305-3131

Glantz & Glantz
7951 SW 6 St
Fort Lauderdale, FL 33324-3211

Hobart Linzer LLP
777 S Figueroa Street
Suite 4000
Los Angeles, CA 90017-5840

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacob Binson
c/o Corinne Rosner Esq.
1755 N University Dr
Hollywood, FL 33024-3601

Jason Haber, Esq.
888 S Andrews Ave
Suite 201
Fort Lauderdale, FL 33316-1047

Jeffrey Harrington Esq
Harrington Law Associate
100 S Olive Ave
West Palm Beach, FL 33401-5505

Joel Kirschbaum, Esq.
1301 E Broward Blvd
Suite 230
Fort Lauderdale, FL 33301-2111

Mark Shore, Esq.
POB 272404
Boca Raton, FL 33427-2404

Morrison, Brown, Argiz & Farra LLC
225 NE Mizner Blvd
Suite 685
Boca Raton, FL 33432-4080

Norman Kronstadt, PA
8211 W Broward Blvd
Suite 300
Fort Lauderdale, FL 33324-2747

Novlet Lawrence
c/o Kevin B Dennis
1630 W Hillsboro Blvd
Deerfield Beach, FL 33442-1657

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PB Labs LLC
POB 3315
West Palm Beach, FL 33402-3315

Rodier & Rodier PA
400 N Federal Hwy
Hallandale, FL 33009-3437

Saavedra Goodwin
312 SE 17 St., 2nd Floor
Fort Lauderdale, FL 33316-2524

Schlam Dermatology PA
10044 NW 1 Ct
Fort Lauderdale, FL 33324-7005

The Villas at Polo Towers, Inc.
Maintenance Fee Dept
10600 West Charleston Blvd
Las Vegas, NV 89135-1014

Todd Brooks
Safeco Insurance
POB 515097
Los Angeles, CA 90051-5097

U.S. Bank National Association, as Trustee
Wells Fargo Bank, N.A., as servicer
Attention: Bankruptcy Dept./Mac# D3
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

US Bank NA as Trustee
One Federal Street 3rd Floor
Boston, MA 02110-2027

Wells Fargo Bank Nv N
Po Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Corrie Jones
1720 Mars Hill RD NW #8 PMB 346
Acworth, GA 30101-8084

David Cassidy
1600 S Ocean Dr
#2003
Fort Lauderdale, FL 33316-3244

Lucas Mihuta
270 Mount Hope Dr
Albany, NY 12202-1058

Susan D. Lasky Esq
915 Middle River Dr
Suite 420
Fort Lauderdale, FL 33304-3561

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, As Trustee

(u)Kia Motor Finance

(u)Kenneth A Linzer

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 3 |
| Total | 35 |