UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO.: 15-12588-RBR

DAVID CASSIDY ,                                           In proceedings under Chapter 11

      Debtor.

_____/

### DEBTOR'S NOTICE OF FILING AUCTION SUMMARY

The Debtor, by and through undersigned counsel, hereby files the "Auction Summary".

I HEREBY CERTIFY that a true copy of this Auction Summary was served to all parties registered to receive electronic notice via the Court's ECF system this 15th day of September, 2015 I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 9020-1(A).

Attorneys for Debtor
Susan D. Lasky, PA
915 Middle River Dr., Ste. 420
Ft Lauderdale, FL 33304
(954) 400-7474/(954) 462-8411

By: /S/Susan D. Lasky, Esq.
      Susan D. Lasky, PA
      FBN 451096

Thomas L Abrams, Esq on behalf of Creditor Susan Shifrin Cassidy
**tabrams@tabramslaw.com**, **dabrams@tabramslaw.com**

Joseph B Battaglia on behalf of Creditor U.S. Bank National Association, As Trustee
**sobkmail@wolfelawfl.com**, **jbattaglia@wolfelawfl.com**

Michael I Goldberg, Esq on behalf of Interested Party John Scelfo
**michael.goldberg@akerman.com**, **charlene.cerda@akerman.com**

Susan D. Lasky, Esq on behalf of Debtor David Cassidy
**ECF@suelasky.com**, **ECFSueLasky@gmail.com**

Office of the US Trustee
**USTPRegion21.MM.ECF@usdoj.gov**

# Auction Summary

**"The David Cassidy Estate"**
**Real Estate Auction**
**1600 South Ocean Drive**
**Fort Lauderdale, Florida 33316**



Wednesday, September 9, 2015 @ 11am, Onsite



# TABLE OF CONTENTS

I        **Auction Summary / Auction Marketing Response Summary**

II      **Registered Bidders Report / Real Estate Sales Contracts**

III     **Auction Day Bidder Packet**

IV     **Preview Attendees Report**

V       **Broker Registrations Report**

VI     **Direct Mail Piece**

VII    **Progress Reports**

VIII   **Property Information Package Table of Contents / Property Summary**

IX     **Print Media Ads / Sample Internet Advertising / E-pushes**

X       **Auction Marketing Budget**

fisherauction.com

*The Standard of Excellence*



I.  Auction Summary /
    Auction Marketing Response Summary

fisherauction.com
*The Standard of Excellence*

**FISHER**
AUCTION COMPANY

# Auction Summary
## *"The David Cassidy Estate" Real Estate Auction*

### Auction Day Summary

| | |
|---|---|
| Total Bid Price | $1,750,000.00 |
| 6% Buyer's Premium | $105,000.00 |
| Total Contract Price | $1,855,000.00 |
| # of Qualified Bidders each with a $200,000.00 escrow deposit | 4 |
| # of Bidding Rounds opening at $1,500,000.00 | 5 |

### Auction Marketing Response Summary

| | |
|---|---|
| # of Calls / Emails to Fisher Auction Company from Interested Parties requesting additional information | 213 |
| # of Different States / Countries Represented<br>(AL, CA, CO, CT, FL, GA, IL, IN, MA, MI, NJ, NY, OH, PA, RI, TN, TX, VA, WI, Canada, France, Hong Kong) | 22 |
| # of Different "Visitors" on Fisher Auction Company's Website Dedicated Auction Pages | 6,875 |
| # of Ad Listing Views on Loopnet – 10,740<br># of Ad Displays on Loopnet – 66,788<br># of Ad Listing Views on Realtor.com – 2,101<br># of Ad Displays on Realor.com – 10,774 | 74,548 |
| # of Broker Participation Registration Forms | 5 |
| # of Different Preview Groups (some brokers showed multiple clients) | 45 |



II. Registered Bidders Report /
Real Estate Sales Contract

**"The David Cassidy Estate" Real Estate Auction**
**September 9, 2015**
**Registered Bidder Report**

| Bid No. | First | Last | Co. | City | St. |
|---|---|---|---|---|---|
| 129 | Carl | Fischer | | Cape Canaveral | FL |
| 135 | Lee | Kaplan | Beacon of Pompano LLC | Freehold | NJ |
| 140 | Joe & Julie | Rodriguez | | Ft. Lauderdale | FL |
| 150 | John | Scelfo | | Ft. Lauderdale | FL |

**High Bidder**
**Back-up Bidder**

| Bid No. | Bidding Rounds |
|---|---|
| 150 | $1,500,000.00 |
| 135 | $1,600,000.00 |
| 150 | $1,700,000.00 |
| 135 | $1,725,000.00 |
| 150 | $1,750,000.00 |

**REAL ESTATE SALES CONTRACT**

Susan L. Cassidy and David B. Cassidy, as Co-Trustees of the SLC Revocable Family Trust, dated June 4, 2004 ("Seller"), and

_John J. Scelfo and/or Assigns_ _____ ("Buyer")
hereby agree that the Seller shall sell, and the Buyer shall buy, the following described real property (the "Property") upon the terms and conditions hereinafter set forth in this Real Estate Sales Contract ("Contract") and any Attachments/Addendums to this Contract.

1. **Legal description** of Property located in Broward County, Florida.
   HARBOR BEACH UNIT 2 21-18 B LOT 5 BLK 9
   aka; 1600 South Ocean Drive, Fort Lauderdale, Florida 33316; Folio No.: 5042 13 03 0620

2. **Total Purchase Price and Payment (U.S. Currency):**

   A. Final Bid Price                                                                                  $ 1,750,000.00

      Plus Buyer's Premium (6% of Final Bid Price)                                                     $ 105,000.00

      **Total Purchase Price**                                                                         $ 1,855,000.00

   B. Initial Escrow Deposit (on deposit with Susan D. Lasky P.A.)                                     $     200,000.00

   C. Additional Escrow Deposit (paid to Escrow Agent / Settlement Agent with execution of this
      Contract)                                                                                        $     —0—

   D. Balance of Total Purchase Price **(to be paid by wire transfer in U.S. funds at Closing
      to the Escrow Agent / Settlement Agent)**                                                        $ 1,655,000.00

   E. The Total Purchase Price will be adjusted by expenses, costs and prorations at Closing.

   F. This Contract is **Not Contingent** upon any matters of any kind including but not limited to financing or any post due diligence.

3. **Closing Conditions:**
   A. **The Closing ("Closing") shall be on or before twenty (20) calendar days from Bankruptcy Court's approval and the entry of the Court Order approving the Sale.** The Closing will be coordinated through the offices of the Escrow Agent / Settlement Agent; Goldman & Rosa, P.A. / HF Harbor Title, 1000 Seminole Drive, Suite 500, Fort Lauderdale, Florida 33304; Telephone: 954.565.4311; Facsimile: 954.565.4322.
   B. The Total Purchase Price will be due and payable by Buyer at Closing by Wire Transfer of immediately available U. S. funds to HF Harbor Title ("Escrow Agent and Settlement Agent"), pursuant to written instructions from the Escrow Agent / Settlement Agent. Buyer shall receive credit for the Initial Escrow Deposit and the Additional Escrow Deposit, which shall be released from escrow to Seller and applied by the Escrow Agent / Settlement Agent towards the Total Purchase Price at Closing.
   C. Time shall be of the essence as to: (i) Buyer's obligation to deliver the Initial and Additional Escrow Deposits and (ii) Buyer's obligation to close and deliver the balance of the Total Purchase Price on the date of Closing.

4. **Title:**
   A. Seller shall procure an Owner's Title Commitment and Policy on the Property for the Buyer. **The premium for the Owner's Title Policy shall be paid by the Buyer to the Escrow Agent / Settlement Agent.** The Commitment and Owner's Title Insurance Policy shall be issued by the Escrow Agent / Settlement Agent from Old Republic National Title Insurance Company. A copy of the proposed Commitment may be attached to this Contract.
   B. Except as provided for herein, it is understood and agreed that fee simple title to the Property being sold to the Buyer without representation or warranty and subject to the Permitted Exceptions.
   C. The Seller will convey title by a General Warranty Deed (the "Deed").
   D. Title to the Property will be subject to the exceptions set forth in the proposed Commitment ("Permitted Exceptions"). Buyer agrees to take title to the Property subject to the Permitted Exceptions.
   E. Buyer agrees that the Property is subject to all laws, ordinances, codes, rules and regulations of applicable governmental authorities pertaining to the ownership, use and occupancy of the Property including, but not limited to, zoning, land use, building codes, and agrees to take title subject to such matters, and the following permitted exceptions:  (i) all covenants, restrictions, easements and agreements of record now on the Property; (ii) all liens for unpaid municipal charges not yet due; (iii) the state of facts which would be shown by a current survey or inspection of the Property; (iv) any matter created by or through Buyer; (v) any title matters which Buyer has accepted or is deemed to have accepted as set forth in the Contract; and (vi) such other matters that will not make the Property unusable or

Page **1** of 6

_____/_____
Initial

unmarketable for residential purposes.

F.    Seller is not providing to Buyer any survey of the Property. In the event Buyer desires to obtain a survey of the Property, Buyer will be solely responsible to obtain, and pay for, such survey without reducing the proceeds of the Total Purchase Price payable to Seller at the Closing. Buyer shall not have the right to terminate the Contract based upon the results of the survey.

5.   **Expenses:**

A.    All closing costs which are not required by law to be paid by Seller will be the responsibility of, and will be paid by, the Buyer at the Closing. Without limiting the foregoing, at the Closing, Buyer shall pay for (i) the cost of an owner's and loan policy of title insurance and related endorsements and all other expenses in connection with Buyer obtaining a loan, (notwithstanding any of the references in this paragraph to Buyer obtaining a loan, nothing contained herein shall be deemed to make the Contract contingent in any manner on Buyer obtaining financing); (ii) settlement fees charged by Escrow Agent / Settlement Agent; (iii) Buyer and Seller shall pay for their own attorney's fees and (iv) Seller shall pay for the documentary stamps on the deed, if applicable.

B.    Real estate taxes, utilities and other expenses of the Property shall be prorated as of the date of Closing based on the last ascertainable tax bill with due allowance made for maximum allowable discount.

C.    All prorations, including, without limitation, prorations of any and all taxes, fees, utilities and any and all other charges against the Property reflected on the settlement statement executed by Seller are final. No adjustments or payments will be made by Seller after Closing.

D.    Compensation for FISHER AUCTION COMPANY as commission ($ _10,000.00_ ), which is _4_ % of the Final Bid Price and shall be paid by Seller at Closing from Seller's proceeds received at Closing, if and only if the Closing occurs. Any and all such commissions shall be paid only upon closing and funding of the Total Purchase Price.

E.    Compensation for _C.J. Hansen_ ("Buyer's Qualifying Licensed Real Estate Broker") as commission ($ _35,000.00_ ), which is 2% of the Final Bid Price and shall be paid by the Seller at closing from Seller's proceeds received at Closing, if and only if the Closing occurs. Any and all such commissions shall be paid only upon Closing and funding of the Total Purchase Price.

F.    The parties each represent and warrant to the other that they have not dealt with any real estate brokers, salesperson, or finders to whom a brokerage commission is due other than as stated in subparagraphs' 5.D. and E. above (collectively "Broker"). If a claim for commission in connection with this transaction is made by any broker, salesperson or finder claiming to have dealt through or on behalf of one of the parties hereto other than Broker, such party shall indemnify, defend and hold the other party hereunder harmless from and against all liabilities, damages, claims, costs, fees and expenses (including reasonable attorneys' fees and court costs at trial and all appellate levels) with respect to said claim for commission or other payment of any kind whatsoever. The provisions of this paragraph shall survive the Closing or any earlier termination or cancellation of the Contract notwithstanding any provision hereof to the contrary.

6.   **Special Clauses:**

A.    When executed by Seller and Buyer, this Contract shall be binding on all parties, their heirs, personal representatives, successors, and assigns.

B.    Goldman & Rosa P.A. / HF Harbor Title, as Escrow Agent / Settlement Agent shall hold escrow deposits in escrow pending the Closing in a non-interest bearing account. It is agreed that the duties of the Escrow Agent / Settlement Agent are only as herein specifically provided and purely ministerial in nature, and the Escrow Agent / Settlement Agent shall incur no liability whatsoever except for willful misconduct or gross negligence, as long as the Escrow Agent / Settlement Agent has acted in good faith. The Seller and Buyer each release the Escrow Agent / Settlement Agent from any act done or omitted to be done by the Escrow Agent / Settlement Agent in good faith in the performance of its duties hereunder, except the parties shall not release Escrow Agent / Settlement Agent from willful misconduct or gross negligence.

The Escrow Agent / Settlement Agent is acting as stakeholder only with respect to the Escrow Deposit(s). The parties hereby agree that at such time as either party alleges that there is a default or other event entitling the other party to the Escrow Deposit(s), then the Escrow Agent / Settlement Agent shall send notice to the Buyer and Seller advising that the other party has made demand on the Escrow Agent / Settlement Agent for such Escrow Deposit(s). If the parties do not dispute the authority of the Escrow Agent / Settlement Agent to disburse the Escrow Deposit(s) as set forth in the Escrow Agent / Settlement Agent's notice within ten (10) calendar days of delivery of such notice by the Escrow Agent / Settlement Agent that the Escrow Agent / Settlement Agent intends to disburse the Escrow Deposit(s), then the Escrow Agent / Settlement Agent is hereby authorized to disburse the Escrow Deposit(s) as set forth in the Escrow Agent / Settlement Agent's notice. If there is any valid dispute as to whether the Escrow Agent / Settlement Agent is obligated to deliver the Escrow Deposit(s) or as to whom the Escrow Deposit(s) is to be delivered, the Escrow Agent / Settlement Agent shall not make any delivery, but in such event, the Escrow Agent / Settlement Agent shall hold same until receipt by it of an authorization in writing, directing the disposition of same executed by Seller and Buyer; or in the absence of such authorization, the Escrow Agent / Settlement Agent shall hold the Escrow Deposit(s) until final determination of the rights of the parties in the appropriate proceedings. If such written authorization is not given or proceedings for such determination are not begun within thirty (30) calendar days of written demand by Escrow Agent / Settlement Agent to Seller and Buyer and diligently continued, the Escrow Agent / Settlement Agent may bring an appropriate action or proceeding to interplead such deposits. Any such interpleader action must be brought in to the U.S. Bankruptcy Court,

Initial

Southern District of Florida, Ft. Lauderdale Division. The Escrow Agent / Settlement Agent shall be reimbursed for all costs and expenses of such action or proceeding, including, without limitation, reasonable attorneys' fees and disbursements, by the party determined not to be entitled to the Escrow Deposit(s). Upon making delivery of the Escrow Deposit(s), the Escrow Agent / Settlement Agent shall have no further liability unless such delivery constituted willful misconduct or gross negligence. The provisions of this Paragraph 6.B. shall survive Closing or any earlier termination of this Agreement.

C.    If Buyer fails to perform under this Contract, then, as Seller's sole and exclusive remedy under this Contract, the Settlement Agent is hereby irrevocably immediately directed and instructed that the Initial Escrow Deposit and if delivered by Buyer, the Additional Escrow Deposit shall be forfeited and paid over to Seller as agreed liquidated damages in order to compensate Seller for the damages caused by such breach and not as a penalty.

D.    In the event of Seller's default under this Contract, Buyer's sole remedies shall be (i) to receive the return of Buyer's Escrow Deposit(s), at which time the Contact shall cease and terminate and Seller and Buyer shall have no further obligations, liabilities or responsibilities to one another. Buyer shall not have any claim against Seller (nor shall Seller be liable) for damages (actual, special, punitive or otherwise) and hereby waives any such claims.

E     In the event any litigation arises under this Contract, the prevailing party shall be entitled to recover from the non-prevailing party all of their reasonable attorney's fees, court costs, and expenses, including those incurred on appeal. The provisions of this section shall survive closing or earlier termination of this Agreement.

F.    The risk of loss or damage of such property by fire shall remain with the Seller up to the time of the Closing and thereafter, on and after the Closing, by the Buyer.

G.    The Escrow Agent / Settlement Agent receiving deposit escrow funds or equivalent is authorized and agrees by acceptance of them to deposit them promptly, hold same in escrow and, subject to clearance, disburse them in accordance with terms and conditions of this Contract. Failure of funds to clear shall not excuse Buyer's performance.

H.    The Property is sold in "AS IS WHERE IS" condition and with all faults and defects, with no representations or warranties of Seller express or implied. The "AS IS" Rider attached hereto as Exhibit "B" is hereby incorporated into this Contract and made a part hereof for all purposes.

I.     This Contract is only assignable to an entity solely owned by Buyer and its present principals.

J.     See Disclosures attached hereto as Exhibit "A" and made a part hereof.

K.    This Contract may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Contract. This Contract shall not bind Seller or Buyer as an offer or Contract unless a fully executed counterpart of this Contract is delivered by Buyer and Seller along with the signed Court Order approving the Sale. Signatures to this Contract transmitted by facsimile transmission, by electronic mail in "portable document format" (".pdf") form, or pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature.

L.    The transmittal of an unexecuted draft of this document for purposes of review shall not be considered an offer to enter into this Contract until executed by Seller and Buyer.

M.    This Contract and the rights and obligations of the parties hereunder shall in all respects be construed, interpreted, enforced and governed by and in accordance with the laws of the State of Florida. The parties hereby agree that all actions or proceedings initiated and arising directly or indirectly out of this Contract and any related documents shall be litigated solely in the courts of the U.S. Bankruptcy Court, Southern District of Florida, Ft. Lauderdale Division. Buyer and Seller waive any claim that the court is an inconvenient forum or an improper forum based on lack of venue.

N.    THE PARTIES HEREBY IRREVOCABLY WAIVE THEIR RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR CONTROVERSY ARISING OUT OF OR RELATED TO THIS CONTRACT.

O.    If any provision of this Contract is held or rendered illegal or unenforceable, it shall be considered separate and severable from this Contract and the remaining provisions of this Contract shall remain in force and bind the parties as though the illegal or unenforceable provision had never been included in this Contract.

P.    Buyer shall not record this Contract or any memorandum of its terms. The Buyer hereby indemnifies and holds the Seller harmless for all loss, cost or expense, including, but not limited to, attorneys' fees and costs through all trial and appellate levels for Buyer's breach of this covenant. The provisions of this Section 6.P. shall survive any termination of this Contract.

**[THE REST OF THIS PAGE INTENTIONALLY IS BLANK]**

Initial

IN ACCEPTANCE OF THESE ABOVE TERMS AND CONDITIONS, SELLER AND BUYER HERETO AFFIX THEIR
SIGNATURES. FACSIMILE OR ELECTRONIC SIGNATURES SHALL BE TREATED AS ORIGINALS.

Seller:

Dated: _____

David B. Cassidy
Seller:

Dated: _____

Susan L. Cassidy

c/o Susan D. Lasky, PA

| 915 Middle River Dr., Suite 420 | Fort Lauderdale | Florida | 33304 | 954.400.7474 | 954.206.0628 | Sue@SueLasky.com |
|---|---|---|---|---|---|---|
| Address | City | St. | Zip | Telephone | Facsimile | Email |

Dated: _____9/9/15_____

Buyer: _____

Dated: _____

Buyer: _____

| ███████████ | ███████████ | ████ | ████ | ████████ | ██████████ |
|---|---|---|---|---|---|
| Address | City | St. | Zip | Telephone | Email |

Escrow Deposits under Paragraph 2 received if other than cash are subject to clearance by Susan D. Lasky P.A. and Goldman &Rosa P.A. / HF
Harbor Title.

Initial

EXHIBIT "A"

DISCLOSURES

Under the laws of the State of Florida, each prospective Buyer is hereby advised as follows:

(a)    <u>Radon Gas</u>.  Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to person who is exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your county public health department. The foregoing notice is provided in order to comply with state law and is for informational purposes only.  Seller does not conduct radon inspection with respect to the Property, and specifically disclaims any and all representations or warranties (express or implied) as to the absence of radon in connection with the Property.

(b)    <u>Mold, Mildew and Other Biological Toxins Disclosure</u>.  Under the laws of the State of Florida, Buyer is hereby advised that **Mold, mildew and other biological toxins are found both indoors and outdoors.  The presence of mold, mildew and other biological toxins may cause property damage or health problems.  Additional information regarding mold, mildew and other biological toxins and inspections related thereto may be obtained from your county public health unit or a professional trained in that field.**  The foregoing notice is provided in order to comply with state law and is for informational purposes only. Seller does not conduct mold, mildew or other biological toxins inspections with respect to the Property, and specifically disclaims any and all representations or warranties (express or implied) as to the presence or absence of mold, mildew or other biological toxins in connection with the Property.

(c)    <u>Property Taxes</u>. BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

\* \* \* \* \* \* \*

Initial

EXHIBIT "B"

AS-IS RIDER

Buyer represents and warrants to Seller that Buyer has examined and investigated to Buyer's full satisfaction the Property, and that except as otherwise expressly set forth in this Contract, Seller has not made any warranties or representations (express or implied) concerning the Property or any portion thereof. Buyer acknowledges and agrees that except as otherwise expressly set forth in this Contract the Property is being transferred in its "AS IS" "WHERE IS" with all faults and defects condition and Seller has not made, does not make, and specifically negates and disclaims any representations, warranties, promises, covenants, contracts, or guaranties of any kind or character whatsoever, whether express or implied, oral or written, past, present, or future, of, as to, concerning, or with respect to (a) the value, nature, quality, or condition of the Property, including, without limitation, the water, soil, and geology, (b) the income to be derived from the Property, (c) the suitability of the Property for any and all activities and uses which Buyer may conduct thereon, (d) the compliance of or by the Property or its operation with any laws, rules, ordinances, or regulations of any applicable governmental authority or body, including, but not limited to, compliance with any special use permits or developments of regional impact, (e) the habitability, merchantability, marketability, profitability, or fitness for a particular purpose of the Property, (f) the manner or quality of the construction or materials incorporated into the Property, (g) the manner, quality, state of repair, or lack of repair of the Property, (h) the existence of hazardous materials, mold, mildew, other biological toxins or governmental requirements at the Property, (i) the existence, quality, nature, adequacy, or physical condition of any utilities serving the Property, (j) the development potential of all or any part of the Property, (k) any leases or occupancy agreements affecting the Property, (l) merchantability or habitability of the Property or (m) any other matter with respect to the Property, and specifically, that, except as otherwise expressly set forth in this Contract, Seller has not made, does not make and specifically disclaims any representations regarding concurrency, or compliance with any special use permits, developments of regional impact, environmental protection, pollution, or land use laws, rules, regulations, orders, or requirements, including the existence in or on the Property of hazardous materials.

Any special assessments, municipal assessments or liens that are due or incurred after Closing will be the responsibility of the Buyer.   Seller shall not be required to comply with or bring the Property into compliance with any regulations of any governmental authority, close out any open permits or cure any code enforcement violations and Buyer expressly assumes all responsibility for same.

Except as otherwise expressly set forth in this Contract, Buyer further acknowledges and agrees that having been given the opportunity to inspect the Property, Buyer is relying solely on its own investigation of the Property and not on any information provided or to be provided by Seller and, by Closing and taking  title to the Property, the Buyer shall be deemed to have accepted the Property "As Is" "Where Is" with all faults and defects and waived all objections or claims against Seller or Seller's members, officers, directors, shareholders, employees, members, managers, partners, attorneys, and agents (including, but not limited to, any right or claim of contribution) arising from or related to the Property or to any hazardous materials or biological toxins in, on or under the Property and any claim it has, might have had, or may have against Seller with respect to the condition of the Property, either patent or latent.  Buyer further acknowledges and agrees that any information provided or to be provided with respect to the Property was obtained from a variety of sources and that Seller has not made any independent investigation or verification of such information and, except as otherwise expressly set forth in this Contract, makes no representations as to the accuracy or completeness of such information.  Except as otherwise expressly set forth in this Contract, Seller is not liable or bound in any manner by any verbal or written statements, representations, or information pertaining to the Property, or the operation thereof, furnished by any real estate broker, agent, employee, servant, or other person.  Buyer further acknowledges and agrees that, except as otherwise expressly set forth in this Contract, to the maximum extent permitted by law, the sale of the Property as provided for herein is made on an "AS IS" "WHERE IS" condition and basis with all faults and defects.

Except as provided elsewhere in this Contract, upon closing, buyer shall assume the risk that adverse matters, including but not limited to, construction defects and adverse physical and environmental conditions, may not have been revealed by buyer's investigations, and buyer, upon closing, shall be deemed to have waived, relinquished and released seller (and seller's officers, directors, shareholders, employees and agents, direct and indirect subsidiaries, parents, affiliates, brother-sister entities, and its and their officers, directors, shareholders, members, partners, employees, agents, heirs, trustees, beneficiaries, personal representatives, successors and assigns) (collectively, the "released parties") from and against any and all claims, demands, causes of action(including causes of action in tort), losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees) of any and every kind or character, known or unknown, which buyer might have asserted or alleged against the released parties at any time by reason of or arising out of any latent or patent construction defects or physical conditions, violations of any applicable laws and any and all other acts, omissions, events, circumstances or matters regarding the property except for any breach of a representation or warranty under this Contract which is not otherwise waived pursuant to the express terms of this Contract. * * * * * *

Page 6 of 6

Initial

**REAL ESTATE SALES CONTRACT**

Susan L. Cassidy and David B. Cassidy, as Co-Trustees of the SLC Revocable Family Trust, dated June 4, 2004 ("Seller"), and

_Beacon of Pompano LLC_ ("Buyer") hereby agree that the Seller shall sell, and the Buyer shall buy, the following described real property (the "Property") upon the terms and conditions hereinafter set forth in this Real Estate Sales Contract ("Contract") and any Attachments/Addendums to this Contract.

1.  **Legal description** of Property located in Broward County, Florida.

    HARBOR BEACH UNIT 2 21-18 B LOT 5 BLK 9
    aka; 1600 South Ocean Drive, Fort Lauderdale, Florida 33316; Folio No.: 5042 13 03 0620

2.  **Total Purchase Price and Payment (U.S. Currency):**

    A.  Final Bid Price ................................................................................................ $ 1,725,000.00

    Plus Buyer's Premium (6% of Final Bid Price) ...................................... $ 103,500.00

    **Total Purchase Price** ................................................. $ 1,828,500.00

    B.  Initial Escrow Deposit (on deposit with Susan D. Lasky P.A.) ................ $ 200,000.00

    C.  Additional Escrow Deposit (paid to Escrow Agent / Settlement Agent with execution of this Contract) ............................................................. $ — 0 —

    D.  Balance of Total Purchase Price **(to be paid by wire transfer in U.S. funds at Closing to the Escrow Agent / Settlement Agent)** ........................... $ 1,628,500.00

    E.  The Total Purchase Price will be adjusted by expenses, costs and prorations at Closing.

    F.  This Contract is **Not Contingent** upon any matters of any kind including but not limited to financing or any post due diligence.

3.  **Closing Conditions:**
    A.  **The Closing ("Closing") shall be on or before twenty (20) calendar days from Bankruptcy Court's approval and the entry of the Court Order approving the Sale.** The Closing will be coordinated through the offices of the Escrow Agent / Settlement Agent; Goldman & Rosa, P.A. / HF Harbor Title, 1000 Seminole Drive, Suite 500, Fort Lauderdale, Florida 33304; Telephone: 954.565.4311; Facsimile: 954.565.4322.
    B.  The Total Purchase Price will be due and payable by Buyer at Closing by Wire Transfer of immediately available U. S. funds to HF Harbor Title ("Escrow Agent and Settlement Agent"), pursuant to written instructions from the Escrow Agent / Settlement Agent. Buyer shall receive credit for the Initial Escrow Deposit and the Additional Escrow Deposit, which shall be released from escrow to Seller and applied by the Escrow Agent / Settlement Agent towards the Total Purchase Price at Closing.
    C.  Time shall be of the essence as to: (i) Buyer's obligation to deliver the Initial and Additional Escrow Deposits and (ii) Buyer's obligation to close and deliver the balance of the Total Purchase Price on the date of Closing.

4.  **Title:**
    A.  Seller shall procure an Owner's Title Commitment and Policy on the Property for the Buyer. **The premium for the Owner's Title Policy shall be paid by the Buyer to the Escrow Agent / Settlement Agent.** The Commitment and Owner's Title Insurance Policy shall be issued by the Escrow Agent / Settlement Agent from Old Republic National Title Insurance Company. A copy of the proposed Commitment may be attached to this Contract.
    B.  Except as provided for herein, it is understood and agreed that fee simple title to the Property being sold to the Buyer without representation or warranty and subject to the Permitted Exceptions.
    C.  The Seller will convey title by a General Warranty Deed (the "Deed").
    D.  Title to the Property will be subject to the exceptions set forth in the proposed Commitment ("Permitted Exceptions"). Buyer agrees to take title to the Property subject to the Permitted Exceptions.
    E.  Buyer agrees that the Property is subject to all laws, ordinances, codes, rules and regulations of applicable governmental authorities pertaining to the ownership, use and occupancy of the Property including, but not limited to, zoning, land use, building codes, and agrees to take title subject to such matters, and the following permitted exceptions:  (i) all covenants, restrictions, easements and agreements of record now on the Property; (ii) all liens for unpaid municipal charges not yet due; (iii) the state of facts which would be shown by a current survey or inspection of the Property; (iv) any matter created by or through Buyer; (v) any title matters which Buyer has accepted or is deemed to have accepted as set forth in the Contract; and (vi) such other matters that will not make the Property unusable or

_____ / _____
Initial

unmarketable for residential purposes.

F.      Seller is not providing to Buyer any survey of the Property. In the event Buyer desires to obtain a survey of the Property, Buyer will be solely responsible to obtain, and pay for, such survey without reducing the proceeds of the Total Purchase Price payable to Seller at the Closing. Buyer shall not have the right to terminate the Contract based upon the results of the survey.

5.  **Expenses:**

A.      All closing costs which are not required by law to be paid by Seller will be the responsibility of, and will be paid by, the Buyer at the Closing. Without limiting the foregoing, at the Closing, Buyer shall pay for (i) the cost of an owner's and loan policy of title insurance and related endorsements and all other expenses in connection with Buyer obtaining a loan, (notwithstanding any of the references in this paragraph to Buyer obtaining a loan, nothing contained herein shall be deemed to make the Contract contingent in any manner on Buyer obtaining financing); (ii) settlement fees charged by Escrow Agent / Settlement Agent; (iii) Buyer and Seller shall pay for their own attorney's fees and (iv) Seller shall pay for the documentary stamps on the deed, if applicable.

B.      Real estate taxes, utilities and other expenses of the Property shall be prorated as of the date of Closing based on the last ascertainable tax bill with due allowance made for maximum allowable discount.

C.      All prorations, including, without limitation, prorations of any and all taxes, fees, utilities and any and all other charges against the Property reflected on the settlement statement executed by Seller are final. No adjustments or payments will be made by Seller after Closing.

D.      Compensation for FISHER AUCTION COMPANY as commission ($ 65,000⁰⁰ ), which is 4 % of the Final Bid Price and shall be paid by Seller at Closing from Seller's proceeds received at Closing, if and only if the Closing occurs. Any and all such commissions shall be paid only upon closing and funding of the Total Purchase Price.

E.      Compensation for Divine Realty Gp Inc ("Buyer's Qualifying Licensed Real Estate Broker") as commission ($ 34,500.00 ), which is 2% of the Final Bid Price and shall be paid by the Seller at closing from Seller's proceeds received at Closing, if and only if the Closing occurs. Any and all such commissions shall be paid only upon Closing and funding of the Total Purchase Price.

F.      The parties each represent and warrant to the other that they have not dealt with any real estate brokers, salesperson, or finders to whom a brokerage commission is due other than as stated in subparagraphs' 5.D. and E. above (collectively "Broker"). If a claim for commission in connection with this transaction is made by any broker, salesperson or finder claiming to have dealt through or on behalf of one of the parties hereto other than Broker, such party shall indemnify, defend and hold the other party hereunder harmless from and against all liabilities, damages, claims, costs, fees and expenses (including reasonable attorneys' fees and court costs at trial and all appellate levels) with respect to said claim for commission or other payment of any kind whatsoever. The provisions of this paragraph shall survive the Closing or any earlier termination or cancellation of the Contract notwithstanding any provision hereof to the contrary.

6.  **Special Clauses:**

A.      When executed by Seller and Buyer, this Contract shall be binding on all parties, their heirs, personal representatives, successors, and assigns.

B.      Goldman & Rosa P.A. / HF Harbor Title, as Escrow Agent / Settlement Agent shall hold escrow deposits in escrow pending the Closing in a non-interest bearing account. It is agreed that the duties of the Escrow Agent / Settlement Agent are only as herein specifically provided and purely ministerial in nature, and the Escrow Agent / Settlement Agent shall incur no liability whatever except for willful misconduct or gross negligence, as long as the Escrow Agent / Settlement Agent has acted in good faith. The Seller and Buyer each release the Escrow Agent / Settlement Agent from any act done or omitted to be done by the Escrow Agent / Settlement Agent in good faith in the performance of its duties hereunder, except the parties shall not release Escrow Agent / Settlement Agent from willful misconduct or gross negligence.

The Escrow Agent / Settlement Agent is acting as stakeholder only with respect to the Escrow Deposit(s). The parties hereby agree that at such time as either party alleges that there is a default or other event entitling the other party to the Escrow Deposit(s), then the Escrow Agent / Settlement Agent shall send notice to the Buyer and Seller advising that the other party has made demand on the Escrow Deposit / Settlement Agent for such Escrow Deposit(s). If the parties do not dispute the authority of the Escrow Agent / Settlement Agent to disburse the Escrow Deposit(s) as set forth in the Escrow Agent / Settlement Agent's notice within ten (10) calendar days of delivery of such notice by the Escrow Agent / Settlement Agent that the Escrow Agent / Settlement Agent intends to disburse the Escrow Deposit(s), then the Escrow Agent / Settlement Agent is hereby authorized to disburse the Escrow Deposit(s) as set forth in the Escrow Agent / Settlement Agent's notice. If there is any valid dispute as to whether the Escrow Agent / Settlement Agent is obligated to deliver the Escrow Deposit(s) or as to whom the Escrow Deposit(s) is to be delivered, the Escrow Agent / Settlement Agent shall not make any delivery, but in such event, the Escrow Agent / Settlement Agent shall hold same until receipt by it of an authorization in writing, directing the disposition of same executed by Seller and Buyer; or in the absence of such authorization, the Escrow Agent / Settlement Agent shall hold the Escrow Deposit(s) until final determination of the rights of the parties in the appropriate proceedings. If such written authorization is not given or proceedings for such determination are not begun within thirty (30) calendar days of written demand by Escrow Agent / Settlement Agent to Seller and Buyer and diligently continued, the Escrow Agent / Settlement Agent may bring an appropriate action or proceeding to interplead such deposits. Any such interpleader action must be brought in to the U.S. Bankruptcy Court,

Initial

Southern District of Florida, Ft. Lauderdale Division. The Escrow Agent / Settlement Agent shall be reimbursed for all costs and expenses of such action or proceeding, including, without limitation, reasonable attorneys' fees and disbursements, by the party determined not to be entitled to the Escrow Deposit(s). Upon making delivery of the Escrow Deposit(s), the Escrow Agent / Settlement Agent shall have no further liability unless such delivery constituted willful misconduct or gross negligence. The provisions of this Paragraph 6.B. shall survive Closing or any earlier termination of this Agreement.

C. If Buyer fails to perform under this Contract, then, as Seller's sole and exclusive remedy under this Contract, the Settlement Agent is hereby irrevocably immediately directed and instructed that the Initial Escrow Deposit and if delivered by Buyer, the Additional Escrow Deposit shall be forfeited and paid over to Seller as agreed liquidated damages in order to compensate Seller for the damages caused by such breach and not as a penalty.

D. In the event of Seller's default under this Contract, Buyer's sole remedies shall be (i) to receive the return of Buyer's Escrow Deposit(s), at which time the Contact shall cease and terminate and Seller and Buyer shall have no further obligations, liabilities or responsibilities to one another. Buyer shall not have any claim against Seller (nor shall Seller be liable) for damages (actual, special, punitive or otherwise) and hereby waives any such claims.

E In the event any litigation arises under this Contract, the prevailing party shall be entitled to recover from the non-prevailing party all of their reasonable attorney's fees, court costs, and expenses, including those incurred on appeal. The provisions of this section shall survive closing or earlier termination of this Agreement.

F. The risk of loss or damage of such property by fire shall remain with the Seller up to the time of the Closing and thereafter, on and after the Closing, by the Buyer.

G. The Escrow Agent / Settlement Agent receiving deposit escrow funds or equivalent is authorized and agrees by acceptance of them to deposit them promptly, hold same in escrow and, subject to clearance, disburse them in accordance with terms and conditions of this Contract. Failure of funds to clear shall not excuse Buyer's performance.

H. The Property is sold in "AS IS WHERE IS" condition and with all faults and defects, with no representations or warranties of Seller express or implied. The "AS IS" Rider attached hereto as Exhibit "B" is hereby incorporated into this Contract and made a part hereof for all purposes.

I. This Contract is only assignable to an entity solely owned by Buyer and its present principals.

J. See Disclosures attached hereto as Exhibit "A" and made a part hereof.

K. This Contract may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Contract. This Contract shall not bind Seller or Buyer as an offer or Contract unless a fully executed counterpart of this Contract is delivered by Buyer and Seller along with the signed Court Order approving the Sale. Signatures to this Contract transmitted by facsimile transmission, by electronic mail in "portable document format" (".pdf") form, or pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature.

L. The transmittal of an unexecuted draft of this document for purposes of review shall not be considered an offer to enter into this Contract until executed by Seller and Buyer.

M. This Contract and the rights and obligations of the parties hereunder shall in all respects be construed, interpreted, enforced and governed by and in accordance with the laws of the State of Florida. The parties hereby agree that all actions or proceedings initiated and arising directly or indirectly out of this Contract and any related documents shall be litigated solely in the courts of the U.S. Bankruptcy Court, Southern District of Florida, Ft. Lauderdale Division. Buyer and Seller waive any claim that the court is an inconvenient forum or an improper forum based on lack of venue.

N. THE PARTIES HEREBY IRREVOCABLY WAIVE THEIR RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR CONTROVERSY ARISING OUT OF OR RELATED TO THIS CONTRACT.

O. If any provision of this Contract is held or rendered illegal or unenforceable, it shall be considered separate and severable from this Contract and the remaining provisions of this Contract shall remain in force and bind the parties as though the illegal or unenforceable provision had never been included in this Contract.

P. Buyer shall not record this Contract or any memorandum of its terms. The Buyer hereby indemnifies and holds the Seller harmless for all loss, cost or expense, including, but not limited to, attorneys' fees and costs through all trial and appellate levels for Buyer's breach of this covenant. The provisions of this Section 6.P. shall survive any termination of this Contract.

**[THE REST OF THIS PAGE INTENTIONALLY IS BLANK]**

Initial

**IN ACCEPTANCE OF THESE ABOVE TERMS AND CONDITIONS, SELLER AND BUYER HERETO AFFIX THEIR SIGNATURES. FACSIMILE OR ELECTRONIC SIGNATURES SHALL BE TREATED AS ORIGINALS.**

Seller:

Dated: _____    _____
David B. Cassidy
Seller:

Dated: _____    _____
Susan L. Cassidy

c/o Susan D. Lasky, PA
915 Middle River Dr.. Suite 420     Fort Lauderdale    Florida    33304    954.600.7474    954.206.0628    Sue@SueLasky.com
**Address**    **City**    **St.**    **Zip**    **Telephone**    **Facsimile**    **Email**

Dated: 9/9/15    Buyer:

Dated: _____    Buyer:

**Address**    **City**    **St.**    **Zip**    **Telephone**    **Email**

Escrow Deposits under Paragraph 2 received if other than cash are subject to clearance by Susan D. Lasky P.A. and Goldman &Rosa P.A. / HF Harbor Title.

Page 4 of 6

_____
Initial

EXHIBIT "A"

DISCLOSURES

Under the laws of the State of Florida, each prospective Buyer is hereby advised as follows:

     (a)    <u>Radon Gas</u>.  Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to person who is exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your county public health department. The foregoing notice is provided in order to comply with state law and is for informational purposes only.  Seller does not conduct radon inspection with respect to the Property, and specifically disclaims any and all representations or warranties (express or implied) as to the absence of radon in connection with the Property.

     (b)    <u>Mold, Mildew and Other Biological Toxins Disclosure</u>.  Under the laws of the State of Florida, Buyer is hereby advised that **Mold, mildew and other biological toxins are found both indoors and outdoors.  The presence of mold, mildew and other biological toxins may cause property damage or health problems.  Additional information regarding mold, mildew and other biological toxins and inspections related thereto may be obtained from your county public health unit or a professional trained in that field**.  The foregoing notice is provided in order to comply with state law and is for informational purposes only. Seller does not conduct mold, mildew or other biological toxins inspections with respect to the Property, and specifically disclaims any and all representations or warranties (express or implied) as to the presence or absence of mold, mildew or other biological toxins in connection with the Property.

     (c)    <u>Property Taxes</u>. BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

* * * * * * *

Initial

EXHIBIT "B"

AS-IS RIDER

Buyer represents and warrants to Seller that Buyer has examined and investigated to Buyer's full satisfaction the Property, and that except as otherwise expressly set forth in this Contract, Seller has not made any warranties or representations (express or implied) concerning the Property or any portion thereof. Buyer acknowledges and agrees that except as otherwise expressly set forth in this Contract the Property is being transferred in its "AS IS" "WHERE IS" with all faults and defects condition and Seller has not made, does not make, and specifically negates and disclaims any representations, warranties, promises, covenants, contracts, or guaranties of any kind or character whatsoever, whether express or implied, oral or written, past, present, or future, of, as to, concerning, or with respect to (a) the value, nature, quality, or condition of the Property, including, without limitation, the water, soil, and geology, (b) the income to be derived from the Property, (c) the suitability of the Property for any and all activities and uses which Buyer may conduct thereon, (d) the compliance of or by the Property or its operation with any laws, rules, ordinances, or regulations of any applicable governmental authority or body, including, but not limited to, compliance with any special use permits or developments of regional impact, (e) the habitability, merchantability, marketability, profitability, or fitness for a particular purpose of the Property, (f) the manner or quality of the construction or materials incorporated into the Property, (g) the manner, quality, state of repair, or lack of repair of the Property, (h) the existence of hazardous materials, mold, mildew, other biological toxins or governmental requirements at the Property, (i) the existence, quality, nature, adequacy, or physical condition of any utilities serving the Property, (j) the development potential of all or any part of the Property, (k) any leases or occupancy agreements affecting the Property, (l) merchantability or habitability of the Property or (m) any other matter with respect to the Property, and specifically, that, except as otherwise expressly set forth in this Contract, Seller has not made, does not make and specifically disclaims any representations regarding concurrency, or compliance with any special use permits, developments of regional impact, environmental protection, pollution, or land use laws, rules, regulations, orders, or requirements, including the existence in or on the Property of hazardous materials.

Any special assessments, municipal assessments or liens that are due or incurred after Closing will be the responsibility of the Buyer. Seller shall not be required to comply with or bring the Property into compliance with any regulations of any governmental authority, close out any open permits or cure any code enforcement violations and Buyer expressly assumes all responsibility for same.

Except as otherwise expressly set forth in this Contract, Buyer further acknowledges and agrees that having been given the opportunity to inspect the Property, Buyer is relying solely on its own investigation of the Property and not on any information provided or to be provided by Seller and, by Closing and taking title to the Property, the Buyer shall be deemed to have accepted the Property "As Is" "Where Is" with all faults and defects and waived all objections or claims against Seller or Seller's members, officers, directors, shareholders, employees, members, managers, partners, attorneys, and agents (including, but not limited to, any right or claim of contribution) arising from or related to the Property or to any hazardous materials or biological toxins in, on or under the Property and any claim it has, might have had, or may have against Seller with respect to the condition of the Property, either patent or latent. Buyer further acknowledges and agrees that any information provided or to be provided with respect to the Property was obtained from a variety of sources and that Seller has not made any independent investigation or verification of such information and, except as otherwise expressly set forth in this Contract, makes no representations as to the accuracy or completeness of such information. Except as otherwise expressly set forth in this Contract, Seller is not liable or bound in any manner by any verbal or written statements, representations, or information pertaining to the Property, or the operation thereof, furnished by any real estate broker, agent, employee, servant, or other person. Buyer further acknowledges and agrees that, except as otherwise expressly set forth in this Contract, to the maximum extent permitted by law, the sale of the Property as provided for herein is made on an "AS IS" "WHERE IS" condition and basis with all faults and defects.

Except as provided elsewhere in this Contract, upon closing, buyer shall assume the risk that adverse matters, including but not limited to, construction defects and adverse physical and environmental conditions, may not have been revealed by buyer's investigations, and buyer, upon closing, shall be deemed to have waived, relinquished and released seller (and seller's officers, directors, shareholders, employees and agents, direct and indirect subsidiaries, parents, affiliates, brother-sister entities, and its and their officers, directors, shareholders, members, partners, employees, agents, heirs, trustees, beneficiaries, personal representatives, successors and assigns) (collectively, the "released parties") from and against any and all claims, demands, causes of action(including causes of action in tort), losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees) of any and every kind or character, known or unknown, which buyer might have asserted or alleged against the released parties at any time by reason of or arising out of any latent or patent construction defects or physical conditions, violations of any applicable laws and any and all other acts, omissions, events, circumstances or matters regarding the property except for any breach of a representation or warranty under this Contract which is not otherwise waived pursuant to the express terms of this Contract. * * * * * *

Page 6 of 6

_____/VC_____
Initial

III.    Auction Day Bidder Packet

# Bidder Packet

### Real Estate Auction
### 1600 South Ocean Drive
### Fort Lauderdale, Florida 33316



Wednesday, September 9, 2015 @ 11am, Onsite

**2% Broker Cooperation**



# Property Summary

## David Cassidy Harbor Beach Mansion
## 1600 South Ocean Drive, Fort Lauderdale, Florida 33316



## Property Details

### Property Address
1600 South Ocean Drive, Fort Lauderdale, Florida 33316

### Property Description
A Five (5) Bedroom and Six and One-Half (6.5) Bathroom Waterfront Estate Home
located in the exclusive Harbor Beach Subdivision.

### Property Directions
From I-95 Exit #26 / Davie Boulevard and travel East to US 1. Turn right and go to S.E. 17 Street. Turn left
and continue along A1A to Harbor Beach Parkway. Turn right and go to S. Ocean Drive. Turn right and
proceed to address on your left

### Location Description
➢ Private Waterfront Gated Estate Home on large .44± Acre Lot
➢ 130± feet of frontage along S. Ocean Drive and the Stranahan River
➢ Close to fashionable Las Olas Boulevard, Major Shopping, Restaurants, and Entertainment Venues
➢ Within minutes to the Fort Lauderdale International Airport
➢ Boating Access to the Atlantic Ocean within minutes via Port Everglades
➢ Steps to Private Members Only Harbor Beach Club and Marina

### Legal Description
HARBOR BEACH UNIT 2 21-18 B LOT 5 BLK 9

fisherauction.com
*The Standard of Excellence*



# Property Summary

### Improvement Data
➢ Total Area- 7,075± Square Feet
➢ Living Area- 6,583± Square Feet

### Land Size
➢ .44± Acres
➢ 148± Ft. x 130± Ft.
➢ 19,183± Square Feet

### 2014 Real Estate Taxes
➢ $ 34,283.36
➢ Parcel No. 5042 13 03 0620
➢ Tax Assessment Value of $1,759,540

### Zoning
Single Family

### Flood Zone
➢ Zone AE
➢ Panel No. 12011C0576H
➢ Elevation 6

### Utilities
➢ Water – City of Fort Lauderdale
➢ Sewer – City of Fort Lauderdale
➢ Electrical – Florida Power & Light
➢ Telephone – AT&T
➢ Cable Television – Comcast
➢ Police – City of Fort Lauderdale
➢ Fire Rescue – City of Fort Lauderdale

### Construction
➢ Foundation – Poured Reinforced Concrete
➢ Components –Concrete Block and Masonry
➢ Exterior Walls – Masonry with Painted Stucco Finish
➢ Roof Cover –S Tile System
➢ Windows – Impact Glass
➢ Doors – Solid Hardwoods and Impact Glass
➢ HVAC – Four Central Systems
➢ Lighting System– Recessed Fluorescent, Spot and Incandescent Lighting
➢ Fire Protection – Smoke Detectors
➢ High Tech Security System with Video Surveillance

### Year Built
The property received a Certificate of Occupancy in 2002 and has been upgraded through 2006

fisherauction.com
The Standard of Excellence



# Property Summary

## First Floor Layout

### *Entry / Foyer*
➢ Grand Entry with Oval Roof and Decorative Columns
➢ Solid Hardwood Door with Side Panels and Opaque Inlaid Glass
➢ Large Foyer with Wrought Iron Chandelier and Stairway

### *Living Room*
➢ Volume Ceilings with Custom Crown Molding and Coffered Ceilings
➢ Ornate Gas Fireplace
➢ Open Design with Unique Seating / Entertainment Areas
➢ Open Pool and Patio Views and Access
➢ Beautiful Heart of Pine Flooring

### *Family / Entertainment Room*
➢ Coffered Ceiling with Ornate Crown Moldings
➢ Magnificent Custom Built-In Entertainment Center with Gas Fireplace
➢ Glass French Doors to Pool / Patio Area
➢ Cabana Bathroom with Glass Door to Pool / Patio Area
➢ Marble Flooring
➢ Beautiful Heart of Pine Flooring

### *Custom Chef's Kitchen*
➢ Custom Island with Viking Gas Stove / Hood and Wet Bar
➢ Sub Zero Refrigerator, Miele Oven, 2- Bosch Dishwashers and Kitchen Aid Compactor
➢ Custom Cabinetry with Granite Surfaces
➢ Separate Pantry and Breakfast Area
➢ Bar Counter Area with 4 Bar Stools
➢ Built in Wine Rack
➢ Marble Flooring

### *Dining Room*
➢ Coffered Ceiling with Ornate Chandelier
➢ Glass French Doors to Garden Area
➢ Marble Flooring
➢ Open to Kitchen
➢ Custom Ornate Wood and Glass Double Door Entry from Mexican Church

### *Three Guest Rooms*
➢ En-Suite Bathrooms
➢ Carpeted Flooring
➢ Walk-In Closets
➢ Spaced Floorplan provides for Ultimate Privacy

### *Powder Room*
➢ Off of Living Room / Hallway
➢ Porcelain Vanity
➢ Marble Flooring

fisherauction.com
*The Standard of Excellence*



# Property Summary

***Two Car Garage***
- Automatic Opener
- Private Side Access
- Access Door to First Floor

***Swimming Pool/ Patio Area***
- Resort Style Heated Swimming Pool with Natural Stone Features
- Large Attached Hot Tub
- Natural Stone Patio / Entertainment Area
- Covered Lanai off of Family / Entertainment Room
- Outdoor Shower

## Second Floor Layout

***Master Suite***
- Coffered Ceiling and Ornate Crown Moldings
- Carpeted Flooring
- Private Balcony with Pool / Patio and Water Views
- Separate Fitness Room
- Office with Storage Closet and French Doors to Private Balcony
- Alcove Seating Area
- Gas Fireplace
- Entry Area with Large Closets

***Master Bathroom***
- Marble Flooring
- Custom Cabinetry with Recessed Lighting and Granite Surfaces
- Jacuzzi Tub and Walk-In Shower
- Separate Watercloset with Bidet
- Dual Vanities with Built- In Dressing Area

***Guest Suite***
- Large Walk-In Closet
- Carpeted Flooring
- Private Balcony with Pool / Patio and Water Views
- En-Suite Bathroom with Jacuzzi Tub, Walk-In Shower and Marble Flooring

## Additional Property Features

- Perimeter Wall with Iron Security Gates
- Large Dock with Boatlift
- Ornate Waterfront Gazebo
- Courtyard with Seating Area and Magnificent 50 Year Old Bougainvillea
- Beautiful Blend of Elegance and Coastal Living
- Private Members Only Harbor Beach Club and Marina
- The property is being sold Complete with Luxurious High End Furnishings

The information above has been obtained from sources deemed reliable. While we do not doubt the accuracy, we have not verified it and make no guarantee, warranty or representation about it. Any projections, opinions, assumptions or estimates used are for example only and do not present the current or future performance of the property. It is your responsibility to independently verify the accuracy and completeness of the information.

fisherauction.com

*The Standard of Excellence*



**REAL ESTATE SALES CONTRACT**

<u>Susan L. Cassidy and David B. Cassidy, as Co-Trustees of the SLC Revocable Family Trust, dated June 4, 2004</u> ("Seller"), and

_____("Buyer")
hereby agree that the Seller shall sell, and the Buyer shall buy, the following described real property (the "Property") upon the terms and conditions hereinafter set forth in this Real Estate Sales Contract ("Contract") and any Attachments/Addendums to this Contract.

1.  **Legal description** of Property located in Broward County, Florida.
    <u>HARBOR BEACH UNIT 2 21-18 B LOT 5 BLK 9</u>
    <u>aka; 1600 South Ocean Drive, Fort Lauderdale, Florida 33316; Folio No.: 5042 13 03 0620</u>

2.  **Total Purchase Price and Payment (U.S. Currency):**

    A.  **Final Bid Price**                                                                        $_____

        Plus Buyer's Premium (6% of Final Bid Price)                                               $_____

                                         **Total Purchase Price**                                 $_____

    B.  Initial Escrow Deposit (on deposit with Susan D. Lasky P.A.)                               $_____200,000.00_____

    C.  Additional Escrow Deposit (paid to Escrow Agent / Settlement Agent with execution of this
        Contract)                                                                                  $_____

    D.  Balance of Total Purchase Price **(to be paid by wire transfer in U.S. funds at Closing
        to the Escrow Agent / Settlement Agent)**                                                  $_____

    E.  The Total Purchase Price will be adjusted by expenses, costs and prorations at Closing.

    F.  This Contract is **Not Contingent** upon any matters of any kind including but not limited to financing or any post due diligence.

3.  **Closing Conditions:**
    A.  **The Closing ("Closing") shall be on or before twenty (20) calendar days from Bankruptcy Court's approval and the entry of the Court Order approving the Sale.** The Closing will be coordinated through the offices of the Escrow Agent / Settlement Agent; Goldman & Rosa, P.A. / HF Harbor Title, 1000 Seminole Drive, Suite 500, Fort Lauderdale, Florida 33304; Telephone: 954.565.4311; Facsimile: 954.565.4322.
    B.  The Total Purchase Price will be due and payable by Buyer at Closing by Wire Transfer of immediately available U. S. funds to HF Harbor Title ("Escrow Agent and Settlement Agent"), pursuant to written instructions from the Escrow Agent / Settlement Agent. Buyer shall receive credit for the Initial Escrow Deposit and the Additional Escrow Deposit, which shall be released from escrow to Seller and applied by the Escrow Agent / Settlement Agent towards the Total Purchase Price at Closing.
    C.  Time shall be of the essence as to: (i) Buyer's obligation to deliver the Initial and Additional Escrow Deposits and (ii) Buyer's obligation to close and deliver the balance of the Total Purchase Price on the date of Closing.

4.  **Title:**
    A.  Seller shall procure an Owner's Title Commitment and Policy on the Property for the Buyer. **The premium for the Owner's Title Policy shall be paid by the Buyer to the Escrow Agent / Settlement Agent.** The Commitment and Owner's Title Insurance Policy shall be issued by the Escrow Agent / Settlement Agent from Old Republic National Title Insurance Company. A copy of the proposed Commitment may be attached to this Contract.
    B.  Except as provided for herein, it is understood and agreed that fee simple title to the Property being sold to the Buyer without representation or warranty and subject to the Permitted Exceptions.
    C.  The Seller will convey title by a General Warranty Deed (the "Deed").
    D.  Title to the Property will be subject to the exceptions set forth in the proposed Commitment ("Permitted Exceptions"). Buyer agrees to take title to the Property subject to the Permitted Exceptions.
    E.  Buyer agrees that the Property is subject to all laws, ordinances, codes, rules and regulations of applicable governmental authorities pertaining to the ownership, use and occupancy of the Property including, but not limited to, zoning, land use, building codes, and agrees to take title subject to such matters, and the following permitted exceptions:  (i) all covenants, restrictions, easements and agreements of record now on the Property; (ii) all liens for unpaid municipal charges not yet due; (iii) the state of facts which would be shown by a current survey or inspection of the Property; (iv) any matter created by or through Buyer; (v) any title matters which Buyer has accepted or is deemed to have accepted as set forth in the Contract; and (vi) such other matters that will not make the Property unusable or

_____/_____
Initial

unmarketable for residential purposes.

F.   Seller is not providing to Buyer any survey of the Property. In the event Buyer desires to obtain a survey of the Property, Buyer will be solely responsible to obtain, and pay for, such survey without reducing the proceeds of the Total Purchase Price payable to Seller at the Closing. Buyer shall not have the right to terminate the Contract based upon the results of the survey.

**5.   Expenses:**

A.   All closing costs which are not required by law to be paid by Seller will be the responsibility of, and will be paid by, the Buyer at the Closing. Without limiting the foregoing, at the Closing, Buyer shall pay for (i) the cost of an owner's and loan policy of title insurance and related endorsements and all other expenses in connection with Buyer obtaining a loan, (notwithstanding any of the references in this paragraph to Buyer obtaining a loan, nothing contained herein shall be deemed to make the Contract contingent in any manner on Buyer obtaining financing); (ii) settlement fees charged by Escrow Agent / Settlement Agent; (iii) Buyer and Seller shall pay for their own attorney's fees and (iv) Seller shall pay for the documentary stamps on the deed, if applicable.

B.   Real estate taxes, utilities and other expenses of the Property shall be prorated as of the date of Closing based on the last ascertainable tax bill with due allowance made for maximum allowable discount.

C.   All prorations, including, without limitation, prorations of any and all taxes, fees, utilities and any and all other charges against the Property reflected on the settlement statement executed by Seller are final. No adjustments or payments will be made by Seller after Closing.

D.   Compensation for FISHER AUCTION COMPANY as commission ($_____), which is ____% of the Final Bid Price and shall be paid by Seller at Closing from Seller's proceeds received at Closing, if and only if the Closing occurs. Any and all such commissions shall be paid only upon closing and funding of the Total Purchase Price.

E.   Compensation for _____ ("Buyer's Qualifying Licensed Real Estate Broker") as commission ($_____), which is 2% of the Final Bid Price and shall be paid by the Seller at closing from Seller's proceeds received at Closing, if and only if the Closing occurs. Any and all such commissions shall be paid only upon Closing and funding of the Total Purchase Price.

F.   The parties each represent and warrant to the other that they have not dealt with any real estate brokers, salesperson, or finders to whom a brokerage commission is due other than as stated in subparagraphs' 5.D. and E. above (collectively "Broker"). If a claim for commission in connection with this transaction is made by any broker, salesperson or finder claiming to have dealt through or on behalf of one of the parties hereto other than Broker, such party shall indemnify, defend and hold the other party hereunder harmless from and against all liabilities, damages, claims, costs, fees and expenses (including reasonable attorneys' fees and court costs at trial and all appellate levels) with respect to said claim for commission or other payment of any kind whatsoever. The provisions of this paragraph shall survive the Closing or any earlier termination or cancellation of the Contract notwithstanding any provision hereof to the contrary.

**6.   Special Clauses:**

A.   When executed by Seller and Buyer, this Contract shall be binding on all parties, their heirs, personal representatives, successors, and assigns.

B.   Goldman & Rosa P.A. / HF Harbor Title, as Escrow Agent / Settlement Agent shall hold escrow deposits in escrow pending the Closing in a non-interest bearing account. It is agreed that the duties of the Escrow Agent / Settlement Agent are only as herein specifically provided and purely ministerial in nature, and the Escrow Agent / Settlement Agent shall incur no liability whatever except for willful misconduct or gross negligence, as long as the Escrow Agent / Settlement Agent has acted in good faith. The Seller and Buyer each release the Escrow Agent / Settlement Agent from any act done or omitted to be done by the Escrow Agent / Settlement Agent in good faith in the performance of its duties hereunder, except the parties shall not release Escrow Agent / Settlement Agent from willful misconduct or gross negligence.

The Escrow Agent / Settlement Agent is acting as stakeholder only with respect to the Escrow Deposit(s). The parties hereby agree that at such time as either party alleges that there is a default or other event entitling the other party to the Escrow Deposit(s), then the Escrow Agent / Settlement Agent shall send notice to the Buyer and Seller advising that the other party has made demand on the Escrow Agent / Settlement Agent for such Escrow Deposit(s). If the parties do not dispute the authority of the Escrow Agent / Settlement Agent to disburse the Escrow Deposit(s) as set forth in the Escrow Agent / Settlement Agent's notice within ten (10) calendar days of delivery of such notice by the Escrow Agent / Settlement Agent that the Escrow Agent / Settlement Agent intends to disburse the Escrow Deposit(s), then the Escrow Agent / Settlement Agent is hereby authorized to disburse the Escrow Deposit(s) as set forth in the Escrow Agent / Settlement Agent's notice. If there is any valid dispute as to whether the Escrow Agent / Settlement Agent is obligated to deliver the Escrow Deposit(s) or as to whom the Escrow Deposit(s) is to be delivered, the Escrow Agent / Settlement Agent shall not make any delivery, but in such event, the Escrow Agent / Settlement Agent shall hold same until receipt by it of an authorization in writing, directing the disposition of same executed by Seller and Buyer; or in the absence of such authorization, the Escrow Agent / Settlement Agent shall hold the Escrow Deposit(s) until final determination of the rights of the parties in the appropriate proceedings. If such written authorization is not given or proceedings for such determination are not begun within thirty (30) calendar days of written demand by Escrow Agent / Settlement Agent to Seller and Buyer and diligently continued, the Escrow Agent / Settlement Agent may bring an appropriate action or proceeding to interplead such deposits. Any such interpleader action must be brought in to the U.S. Bankruptcy Court,

_____/_____
Initial

Southern District of Florida, Ft. Lauderdale Division. The Escrow Agent / Settlement Agent shall be reimbursed for all costs and expenses of such action or proceeding, including, without limitation, reasonable attorneys' fees and disbursements, by the party determined not to be entitled to the Escrow Deposit(s). Upon making delivery of the Escrow Deposit(s), the Escrow Agent / Settlement Agent shall have no further liability unless such delivery constituted willful misconduct or gross negligence. The provisions of this Paragraph 6.B. shall survive Closing or any earlier termination of this Agreement.

C.  If Buyer fails to perform under this Contract, then, as Seller's sole and exclusive remedy under this Contract, the Settlement Agent is hereby irrevocably immediately directed and instructed that the Initial Escrow Deposit and if delivered by Buyer, the Additional Escrow Deposit shall be forfeited and paid over to Seller as agreed liquidated damages in order to compensate Seller for the damages caused by such breach and not as a penalty.

D.  In the event of Seller's default under this Contract, Buyer's sole remedies shall be (i) to receive the return of Buyer's Escrow Deposit(s), at which time the Contact shall cease and terminate and Seller and Buyer shall have no further obligations, liabilities or responsibilities to one another. Buyer shall not have any claim against Seller (nor shall Seller be liable) for damages (actual, special, punitive or otherwise) and hereby waives any such claims.

E   In the event any litigation arises under this Contract, the prevailing party shall be entitled to recover from the non-prevailing party all of their reasonable attorney's fees, court costs, and expenses, including those incurred on appeal. The provisions of this section shall survive closing or earlier termination of this Agreement.

F.  The risk of loss or damage of such property by fire shall remain with the Seller up to the time of the Closing and thereafter, on and after the Closing, by the Buyer.

G.  The Escrow Agent / Settlement Agent receiving deposit escrow funds or equivalent is authorized and agrees by acceptance of them to deposit them promptly, hold same in escrow, subject to clearance, disburse them in accordance with terms and conditions of this Contract. Failure of funds to clear shall not excuse Buyer's performance.

H.  The Property is sold in "AS IS WHERE IS" condition and with all faults and defects, with no representations or warranties of Seller express or implied. The "AS IS" Rider attached hereto as Exhibit "B" is hereby incorporated into this Contract and made a part hereof for all purposes.

I.  This Contract is only assignable to an entity solely owned by Buyer and its present principals.

J.  See Disclosures attached hereto as Exhibit "A" and made a part hereof.

K.  This Contract may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Contract. This Contract shall not bind Seller or Buyer as an offer or Contract unless a fully executed counterpart of this Contract is delivered by Buyer and Seller along with the signed Court Order approving the Sale. Signatures to this Contract transmitted by facsimile transmission, by electronic mail in "portable document format" (".pdf") form, or pictorial appearance of a document, will have the same effect as physical delivery of the paper document bearing the original signature.

L.  The transmittal of an unexecuted draft of this document for purposes of review shall not be considered an offer to enter into this Contract until executed by Seller and Buyer.

M.  This Contract and the rights and obligations of the parties hereunder shall in all respects be construed, interpreted, enforced and governed by and in accordance with the laws of the State of Florida. The parties hereby agree that all actions or proceedings initiated and arising directly or indirectly out of this Contract and any related documents shall be litigated solely in the courts of the U.S. Bankruptcy Court, Southern District of Florida, Ft. Lauderdale Division. Buyer and Seller waive any claim that the court is an inconvenient forum or an improper forum based on lack of venue.

N.  THE PARTIES HEREBY IRREVOCABLY WAIVE THEIR RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR CONTROVERSY ARISING OUT OF OR RELATED TO THIS CONTRACT.

O.  If any provision of this Contract is held or rendered illegal or unenforceable, it shall be considered separate and severable from this Contract and the remaining provisions of this Contract shall remain in force and bind the parties as though the illegal or unenforceable provision had never been included in this Contract.

P.  Buyer shall not record this Contract or any memorandum of its terms. The Buyer hereby indemnifies and holds the Seller harmless for all loss, cost or expense, including, but not limited to, attorneys' fees and costs through all trial and appellate levels for Buyer's breach of this covenant. The provisions of this Section 6.P. shall survive any termination of this Contract.

**[THE REST OF THIS PAGE INTENTIONALLY IS BLANK]**

_____/_____
Initial

**IN ACCEPTANCE OF THESE ABOVE TERMS AND CONDITIONS, SELLER AND BUYER HERETO AFFIX THEIR SIGNATURES. FACSIMILE OR ELECTRONIC SIGNATURES SHALL BE TREATED AS ORIGINALS.**

**Seller:**

**Dated:** _____    David B. Cassidy

**Seller:**

**Dated:** _____    Susan L. Cassidy

| **Address** | **City** | **St.** | **Zip** | **Telephone** | **Facsimile** | **Email** |
|---|---|---|---|---|---|---|

**Dated:** _____    **Buyer:**

**Dated:** _____    **Buyer:**

| **Address** | **City** | **St.** | **Zip** | **Telephone** | **Email** |
|---|---|---|---|---|---|

Escrow Deposits under Paragraph 2 received if other than cash are subject to clearance by Susan D. Lasky P.A. and Goldman &Rosa P.A. / HF Harbor Title.

_____/_____
Initial

## EXHIBIT "A"

## DISCLOSURES

Under the laws of the State of Florida, each prospective Buyer is hereby advised as follows:

    (a)    <u>Radon Gas</u>.  Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to person who is exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your county public health department. The foregoing notice is provided in order to comply with state law and is for informational purposes only.  Seller does not conduct radon inspection with respect to the Property, and specifically disclaims any and all representations or warranties (express or implied) as to the absence of radon in connection with the Property.

    (b)    <u>Mold, Mildew and Other Biological Toxins Disclosure</u>.  Under the laws of the State of Florida, Buyer is hereby advised that **Mold, mildew and other biological toxins are found both indoors and outdoors.  The presence of mold, mildew and other biological toxins may cause property damage or health problems.  Additional information regarding mold, mildew and other biological toxins and inspections related thereto may be obtained from your county public health unit or a professional trained in that field**.  The foregoing notice is provided in order to comply with state law and is for informational purposes only. Seller does not conduct mold, mildew or other biological toxins inspections with respect to the Property, and specifically disclaims any and all representations or warranties (express or implied) as to the presence or absence of mold, mildew or other biological toxins in connection with the Property.

    (c)    <u>Property Taxes</u>.  BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.

* * * * * * *

       \_\_\_\_\_/_____
       Initial

**EXHIBIT "B"**

**AS-IS RIDER**

Buyer represents and warrants to Seller that Buyer has examined and investigated to Buyer's full satisfaction the Property, and that except as otherwise expressly set forth in this Contract, Seller has not made any warranties or representations (express or implied) concerning the Property or any portion thereof.  Buyer acknowledges and agrees that except as otherwise expressly set forth in this Contract the Property is being transferred in its  "AS IS" "WHERE IS" with all faults and defects condition and Seller has not made, does not make, and specifically negates and disclaims any representations, warranties, promises, covenants, contracts, or guaranties of any kind or character whatsoever, whether express or implied, oral or written, past, present, or future, of, as to, concerning, or with respect to (a) the value, nature, quality, or condition of the Property, including, without limitation, the water, soil, and geology, (b) the income to be derived from the Property, (c) the suitability of the Property for any and all activities and uses which Buyer may conduct thereon, (d) the compliance of or by the Property or its operation with any laws, rules, ordinances, or regulations of any applicable governmental authority or body, including, but not limited to, compliance with any special use permits or developments of regional impact, (e) the habitability, merchantability, marketability, profitability, or fitness for a particular purpose of the Property, (f) the manner or quality of the construction or materials incorporated into the Property, (g) the manner, quality, state of repair, or lack of repair of the Property, (h) the existence of hazardous materials, mold, mildew, other biological toxins or governmental requirements at the Property, (i) the existence, quality, nature, adequacy, or physical condition of any utilities serving the Property, (j) the development potential of all or any part of the Property, (k) any leases or occupancy agreements affecting the Property, (l) merchantability or habitability of the Property or (m) any other matter with respect to the Property, and specifically, that, except as otherwise expressly set forth in this Contract, Seller has not made, does not make and specifically disclaims any representations regarding concurrency, or compliance with any special use permits, developments of regional impact, environmental protection, pollution, or land use laws, rules, regulations, orders, or requirements, including the existence in or on the Property of hazardous materials.

Any special assessments, municipal assessments or liens that are due or incurred after Closing will be the responsibility of the Buyer.  Seller shall not be required to comply with or bring the Property into compliance with any regulations of any governmental authority, close out any open permits or cure any code enforcement violations and Buyer expressly assumes all responsibility for same.

Except as otherwise expressly set forth in this Contract, Buyer further acknowledges and agrees that having been given the opportunity to inspect the Property, Buyer is relying solely on its own investigation of the Property and not on any information provided or to be provided by Seller and, by Closing and taking  title to the Property, the Buyer shall be deemed to have accepted the Property "As Is" "Where Is" with all faults and defects and waived all objections or claims against Seller or Seller's members, officers, directors, shareholders, employees, members, managers, partners, attorneys, and agents (including, but not limited to, any right or claim of contribution) arising from or related to the Property or to any hazardous materials or biological toxins in, on or under the Property and any claim it has, might have had, or may have against Seller with respect to the condition of the Property, either patent or latent.  Buyer further acknowledges and agrees that any information provided or to be provided with respect to the Property was obtained from a variety of sources and that Seller has not made any independent investigation or verification of such information and, except as otherwise expressly set forth in this Contract, makes no representations as to the accuracy or completeness of such information.  Except as otherwise expressly set forth in this Contract, Seller is not liable or bound in any manner by any verbal or written statements, representations, or information pertaining to the Property, or the operation thereof, furnished by any real estate broker, agent, employee, servant, or other person.  Buyer further acknowledges and agrees that, except as otherwise expressly set forth in this Contract, to the maximum extent permitted by law, the sale of the Property as provided for herein is made on an "AS IS" "WHERE IS" condition and basis with all faults and defects.

Except as provided elsewhere in this Contract, upon closing, buyer shall assume the risk that adverse matters, including but not limited to, construction defects and adverse physical and environmental conditions, may not have been revealed by buyer's investigations, and buyer, upon closing, shall be deemed to have waived, relinquished and released seller (and seller's officers, directors, shareholders, employees and agents, direct and indirect subsidiaries, parents, affiliates, brother-sister entities, and its and their officers, directors, shareholders, members, partners, employees, agents, heirs, trustees, beneficiaries, personal representatives, successors and assigns) (collectively, the "released parties") from and against any and all claims, demands, causes of action(including causes of action in tort), losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees) of any and every kind or character, known or unknown, which buyer might have asserted or alleged against the released parties at any time by reason of or arising out of any latent or patent construction defects or physical conditions, violations of any applicable laws and any and all other acts, omissions, events, circumstances or matters regarding the property except for any breach of a representation or warranty under this Contract which is not otherwise waived pursuant to the express terms of this Contract. * * * * * *

_____/_____
Initial



**ORDERED in the Southern District of Florida on September 2, 2015.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

IN RE:                                                      CASE NO.: 15-12588-BKC-RBR

DAVID CASSIDY,                                             Chapter 11

      Debtor.
_____/

### ORDER APPROVING MODIFICATION TO BIDDING PROCEDURES IN CONNECTION WITH AUCTION SALE TO BE CONDUCTED ON SEPTEMBER 9, 2015

     This matter came before the Court on the Debtor's Ex-Parte Motion for the Entry of Order Approving Modification to Bidding Procedures in Connection with Auction Sale to be Conducted on September 9, 2015. The Court having reviewed the pleadings and the record and being otherwise advised in the premises, it is

     ORDERED that

     1.     the Motion is GRANTED;

     2.     The Debtor is authorized to modify the bidding procedures to delete the "Participation Requirement" that a qualified bidder shall "(ii) submit to Susan D. Lasky PA a fully executed bid proposal, which shall include a purchase price, on or before the Bid Deadline". Instead, the qualified bidder shall submit a completed qualification package which will provide the information requested by the auctioneer.

###

Copies Furnished to: Susan D. Lasky., Esq. is directed to mail a conformed copy of this Order, immediately upon receipt, to the parties on the attached mailing list.



**ORDERED in the Southern District of Florida on June 29, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                          Case No. 15-12588-BKC-RBR

DAVID CASSIDY,                                  Chapter 11

    Debtor.

_____/


**<u>ORDER GRANTING DEBTOR'S MOTION FOR THE ENTRY OF ORDER (1) AUTHORIZING DEBTOR TO SCHEDULE AN AUCTION SALE OF REAL PROPERTY JOINTLY OWNED BY DEBTOR AND NONFILING SPOUSE; (2) APPROVING BIDDING PROCEDURES IN CONNECTION WITH AUCTION SALE; (3) APPROVING FORM AND MANNER OF THE SALE; (4) SCHEDULING A FINAL HEARING TO APPROVE SALE; AND (5) APPROVING THE SALE OF THE REAL PROPERTY FREE AND CLEAR OF INTERESTS, LIENS, CLAIMS, AND ENCUMBRANCES</u>**

***This Order schedules a Hearing for Final Approval of the Sale for September 16, 2015 at 9:30 a.m. U.S. Bankruptcy Court, 299 E Broward Blvd., Room 308, Fort Lauderdale, FL 33301***

THIS CAUSE came before the Court for hearing on June 18, 2015 on the Debtor's Motion for the

entry of an Order: (1) authorizing the Debtor to schedule an auction sale of real property jointly owned by

the Debtor and his nonfiling spouse, as tenants by the entirety; (2) approving bidding procedures in connection with the auction sale; (3) approving the form and manner of the notice of sale; (4) scheduling a final hearing to approve the sale; and (5) approving the sale of the Debtor's interest in the real property free and clear of liens (the "Motion"). The Court having heard the argument of counsels and having reviewed the pleadings and the record  and being otherwise advised in the premises,  it is

ORDERED that

1.	the Motion is GRANTED;

2.	The Debtor is authorized to sell the Debtor's interest in the Property in accordance with the bidding procedures attached hereto and incorporated herein as **Exhibit "A"**.

3.	the  Debtor shall serve a copy of the Order and Bidding Procedures on (I) all creditors of the estate; (ii)  all parties asserting an interest in the real property located at 1600 S. Ocean Dr. #2003, Fort Lauderdale, Fl. 33316, Florida  (hereinafter referred to as the "Property") (iii) all parties who have expressed an interest in acquiring the Property; and (iv) the Office of the United States Trustee.

4.	Upon completion of the auction and prior to the final hearing to approve the sale the Debtor shall file with the Court a report summarizing the results of the auction and stating the fees and expenses which will be paid to the auctioneer in accordance with the Order approving the retention.  The report shall be served only upon the Office of the United States Trustee and any other party who specifically requests a copy.

5.	A final hearing to approve the sale shall be held on **September 16, 2015 at 9:30 a.m. U.S. Bankruptcy Court, 299 E Broward Blvd., Room 308, Fort Lauderdale, FL 33301.**

6.	The proceeds of the sale shall be disbursed in the following manner:

(a)	Any claim or lien for the marketing expenses advanced by the Debtor or Ms. Cassidy, not to exceed $13,802.55 incurred by Fisher Auctions, shall attach to the Gross Sale

Proceeds received by the Debtor for the sale of the Marital Residence and shall be reimbursed and paid at closing;

        (b)     the claim secured by the lien of the First and Second Mortgages in favor of Wells Fargo  shall attach to the Gross Sale Proceeds received by the Debtor from the sale of the Marital Residence and shall be paid and satisfied at the closing;

        (c)     all pre-closing unpaid real estate tax shall be paid and satisfied at the closing;

7.     By agreement between Ms. Cassidy and the Debtor, the interest of Ms. Cassidy and the Debtor in the remaining proceeds from the sale of the Marital Residence  shall attach to the Net Sale Proceeds from the sale of Marital Residence (the "Net Sale Proceeds")[1] after payment of the first and second mortgages held by Wells Fargo, marketing expenses and real estate taxes, and shall be  paid to the appropriate party on court order or as agreed and approved by Court Order, after Notice and hearing thereon.

##

Submitted by: Susan D Lasky PA 915 Middle River Dr., Ste 420, Ft Lauderdale, FL 33304
Ph (954) 565-5854/ Fax (954) 206-0628

[Susan D Lasky is directed to serve a copy of this order on the parties noted and to file a Certificate of Service.]

---

[1]
    Net Sale Proceeds shall mean the purchase price actually paid by the successful bidder minus all expenses related to the sale of the Marital Residence, including: (I) transfer taxes; (ii) ad valorem taxes; (iii) recording fees; (iv) marketing expenses; (v) expenses associated with the auction; and (vi) amount paid to satisfy the Mortgages.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                                    Case No. 15-12588-BKC-RBR

DAVID CASSIDY,                                            Chapter 11

      Debtor.
_____/

**EXHIBIT A**
**Bidding Procedures**

<u>Participation Requirements:</u> Unless otherwise ordered by the Court, in order to participate in the bidding process, an interested bidder must (I) wire into the trust account of Susan D. Lasky, PA, an escrow deposit of $200,000 no later than 5:00 p.m. two (2) business days prior to the scheduled auction (the "Bid Deadline") and (ii) submit to Susan D. Lasky PA a fully executed bid proposal, which shall include a purchase price, on or before the Bid Deadline  A person who timely complies with these requirements shall be a "Qualified Bidder". The "Successful Bidder" (defined below) shall be required to tender on the auction day an additional deposit in the form of a personal or business check drawn on a U.S. Bank bringing the total deposit to an amount equal to 10% of the total contract price including the Buyer's Premium.

<u>Marketing Plan:</u> The Trustee, by separate application filed contemporaneously herewith, is seeking to retain the services of Fisher Auction Co., Inc. (the "Auctioneer") to implement an extensive Accelerated Marketing Plan to advertise the sale of the Marital Residence and to conduct the auction sale thereof (the "Marketing Plan"). A copy of the Marketing Plan, which outlines the Auctioneer's proposed marketing activities, is attached hereto as **Exhibit "B."**

<u>Participation in Auction:</u> Provided that a Qualified Bid or Qualified Bids are submitted on a timely basis, the Debtor, by and through the Auctioneer, will conduct an auction (the "Auction").  The Auction shall take place at the Marital Property, which is located at 1600 S. Ocean Dr, Fort Lauderdale Florida 33316, prior to the requested hearing date on the proposed sale, beginning at 10:00 a.m. or such other time or place as the Debtor shall notify all Qualified Bidders.

<u>Auction Procedures:</u> All Qualified Bidders shall be entitled to make any bids, provided however, that after the initial bid is accepted all subsequent bids shall be in increments of $25,000 or as otherwise modified by the Debtor. Bidding at the Auction shall continue until such time as the highest and best offer is determined, which shall be determined by the Debtor in the exercise of his business judgment. The Debtor reserves the right to modify the bidding increments

or announce at the Auction additional procedural rules for conducting the Auction in the exercise of his business judgment.

Real Estate Sales Contract: The Successful Bidder shall be required to execute a "Non-Contingency- All Cash" Real Estate Sales Contract on the Auction Day with no post due diligence period.

Successful Bid: After the conclusion of the Auction, the Debtor shall submit the highest or best bid (the "Successful Bid") for approval by the Bankruptcy Court (the "Sale Hearing"). The Qualified Bidder who has the Successful Bid presented for approval to the Court shall be referred to herein as the "Successful Bidder." Closing shall take place within thirty (30) days of entry of the Sale Order or 5 days after the Sale Order becomes final and non-appealable, whichever is later. Upon the failure of the Successful Bidder to consummate the closing of the purchase of the Marital Residence because of a breach or failure on the part of the Successful Bidder, then the Debtor may elect in his business judgment the next highest or otherwise best Qualified Bidder to be the Successful Bidder (the "Back Up Bidder"). At the Sale Hearing, the Debtor intends to seek approval from the Court for the next highest or best bid (the "Back Up Bid"), which approval shall authorize the Debtor to consummate the Back Up Bid immediately after a default under the Successful Bid without further order of the Court. Promptly following the conclusion of the Sale Hearing, Debtor's counsel shall return the deposits to each unsuccessful Qualified Bidder (except the Back Up Bidder whose deposit shall either be returned upon the closing of the sale to the Successful Bidder or applied to the purchase price in a closing with such Back Up Bidder). The ultimate purchaser, upon closing, whether the Successful Bidder or the Back Up Bidder, shall be referred to herein as the "Purchaser".

As Is Where Is: The Marital Residence will be sold in its "As Is", "Where Is" condition and with all faults, with no guarantees or warranties express or implied.

Real Estate Commissions: The Auctioneer shall be entitled to a commission as outlined in the Proposal attached hereto as Exhibit "B." The Debtor shall not be responsible for any other real estate commissions. The Purchaser shall indemnify and hold the estate harmless for any other claimed real estate commissions.

Liquidated Damages: In the event the Successful Bidder does not close, the Successful Bidder will forfeit the 10% deposit.

Objections: Objections, if any, to the Sale, must (a) be in writing; (b) set forth the nature of the objector's claims against or interest in the Debtor's estate, and the basis for the objection and the specific grounds therefore; (c) comply with the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of Florida and all Orders of this Court; (d) be filed with the Court and served upon counsel to the Debtor, the United States Debtor for the Southern District of Florida, so as to be RECEIVED no later than 5:00 pm (Eastern) two (2) days prior to the Sale Hearing (the "Objection Deadline"). Only timely filed and served responses, objections, or other pleadings will be considered by this Court at the Sale Hearing. The failure of any person or entity to timely file its objection shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, the Sale or the consummation and performance of the Agreement.

IV.    Preview Attendees Report

**"The David Cassidy Estate" Real Estate Auction**
**Preview Attendees**

| First | Last | Co. | St. |
|---|---|---|---|
| Guy | Attia | | FL |
| Laura | Balistreri | | FL |
| Dale | Barton | | CT |
| Katia | Bates | | FL |
| Christine | Beck | Coldwell Banker | FL |
| Reed | Bergman | | GA |
| Matt | Bertanzetti | Sothebys | FL |
| Cheryl | Bosa | Broker | FL |
| Jon | Brockwell | Broker | FL |
| Billy | Brown | One Sothebys | FL |
| Fred | Burton | | FL |
| Vince | Clancy | DaVinci Real Estate | FL |
| Beverley | Clarke | Berkshire Hathaway Florida Realty | FL |
| Giancarlo | Cuffia | | FL |
| David | Debeer | | FL |
| Beth | Diprato | Balistreri Realty | FL |
| Ray | Dobrota | | FL |
| Richard | Fischer | | FL |
| Baran | Gokce | | FL |
| Alexandra | Gonzalez | | FL |
| Cathy | Guerke | Intracoastal Realty | FL |
| Kim | Hackett | Engel & Volkers | FL |
| Monica | Hands | Coldwell Banker | FL |
| Andrea | Harrington | C-21 | FL |
| Greg | Harris | Charles Rutenberg Realty | FL |
| Howard | Horowitz | Douglas Elliman | FL |
| Paula | James | Berkshire Hathaway | FL |
| Mike | Kholmanskykh | Sothebys | FL |
| Deepak | Khosa | Atlantic Realty | FL |
| Alex | Kublickis | KW | FL |
| Maria | Kuzina | Decorus Realty | FL |
| Adrian | Leica | | MI |
| Zennon | Mierzwa | | FL |
| Ed | Odonnell | | FL |
| Daniel | Pansky | Pantera Global | FL |
| Victoria | Prist-Revier | | FL |
| Gwynn | Repcik | Classic Properties | FL |
| Sunny | Richardson | KW | VA |
| Larry | Rowe | | FL |
| John | Scelfo | | NY |
| Mandana | Sharifi | | FL |
| Marcia | Van Zyl | Berkshire Hathaway | FL |
| Cady | Watson | Coastal Preferred Prop. | FL |
| Mr. | Weitzman | | NY |
| Steve | Yates | Intracoastal Realty | FL |

V.    Broker Registrations Report

**"The David Cassidy Estate" Real Estate Auction**
**Buyer Broker Participation Registrations**

|  | Registered Client |  |
|---|---|---|

| First | Last | Co. |
|---|---|---|
| Adrian | Leica | |
| Carl | Fischer | |
| Lee | Kaplan | Beacon of Pompano LLC |
| John | Scelfo | |
| Andrew | Ferri | |

|  | Registered Broker |  |
|---|---|---|

| First | Last | Co. |
|---|---|---|
| Victor | Iacoban | 3DX Real Estate |
| Eileen | Truglia | Two Brothers Brokerage |
| Vincent | Clancy | DaVinci Realty Gp. |
| Andrea | Harrington | C-21 Hansen |
| Joseph | Beltrand | Charles Rutenberg Realty |

VI.    Direct Mail Piece



# U.S. Bankruptcy Court
## For The Southern District of Florida (Fort Lauderdale Division)
### RE: David Cassidy; Case No.: 15-12588-RBR

# AUCTION



Atlantic Ocean













**1600 South Ocean Drive
Fort Lauderdale, Florida 33316**

**Wednesday, September 9th, 11am, ET, ONSITE**

## Exclusive Harbor Beach Home of Celebrity DAVID CASSIDY

◊ Private Waterfront Gated Estate Home with 5 Bedrooms / 6.5 Bathrooms - 130± feet of frontage along South Ocean Drive and the Stranahan River
◊ Magnificent upgraded appointments throughout including a Resort Style Heated Pool and Spa
◊ Close to fashionable Las Olas Boulevard, Major Shopping, Restaurants, and Entertainment Venues
◊ Within minutes to the Fort Lauderdale International Airport
◊ Boating Access to the Atlantic Ocean within minutes via Port Everglades
◊ Steps to Private Members Only Harbor Beach Club and Marina

**FISHER** AUCTION COMPANY

**2% Broker Cooperation | fisherauction.com | 800.331.6620**



2112 East Atlantic Blvd.
Pompano Beach, FL 33062
Lamar Fisher AU93;AB106
Subject to All Terms of Sale




**Contact us for Details, Bid Instructions and Property Tours**
**fisherauction.com | 800.331.6620**
2% Broker Cooperation

## U.S. Bankruptcy Court AUCTION
### For The Southern District of Florida (Fort Lauderdale Division)

RE: **David Cassidy;** Case No.: 15-12588-RBR

**1600 South Ocean Drive, Fort Lauderdale, Florida 33316**

**Wednesday, September 9th, @ 11am, ET, ONSITE**



*1600 South Ocean Drive,  Fort Lauderdale, Florida 33316*

VII.    Progress Reports

fisherauction.com
*The Standard of Excellence*



# Progress Report
## "The David Cassidy Estate" Real Estate Auction

**MEMORANDUM**

| | |
|---|---|
| **VIA:** | **EMAIL** |
| **TO:** | Susan D. Lasky, PA - Sue@SueLasky.com |
| **CC:** | Thomas L. Abrams, Esq. - tabrams@tabramslaw.com |
| | Robert L. Bakeris, Esq. c/o Gigi Ghanem - gigi@bakeris.com |
| | Arianna Goldman, Esq. - arianna@goldmanrosa.com |
| | Jessica Russell, FRP - jessica@suelasky.com |
| | Jason Welt - jw@jweltpa.com |
| | Francis Santos – francis@fisherauction.com |
| | André LaBauve – andre@fisherauction.com |
| | Midge Navarro – midge@fisherauction.com |
| **FROM:** | Lamar P. Fisher |
| **DATE:** | August 11, 2015 |
| **RE:** | **Progress Report #1** |

---

The following update is a brief summary of activities and progress on the upcoming Real Estate Auction for the "David Cassidy Estate" since the court appointment of our services.

1) To date, we have received the following responses to the approved marketing campaign;

| | |
|---|---|
| Calls / Emails requesting additional information | 90 |
| Total Views on our dedicated web page | 3,527 |
| Total Listing Views on Loopnet | 544 |
| Total Listing Views on Realtor.com | 1,507 |

2) Inquiries have come from the following fourteen (14) States / Countries; (CO, FL, GA, IL, MI, NJ, NY, OH, PA, TN, TX, VA, Canada, Hong Kong)

3) To date, eleven (11) groups have toured the home.

4) The auction marketing funds have been received.

5) A Property Information Package (PIP), which includes the Property Summary, Property Survey, Floor Plans, information for the Harbor Beach Surf Club and Marina, title commitment and all Auction forms, etc. is complete and is available on our web site for potential bidders to download. Additionally, the PIP is sent to all interested parties who request additional information.



# Progress Report
## "The David Cassidy Estate" Real Estate Auction

6) The Auction is placed on our voice mail auction calendar system. After normal business hours, interested parties are able to leave their contact information to receive the PIP the next business day.

7) All print media advertisements have been approved and the campaign began on Friday, August 7th with a national Wall Street Journal ad. Additional advertisements this past weekend were in the New York Times and the Sun Sentinel; including the front page of the "Inside Real Estate".

8) We have received approval for the promotional Postcard with a few revisions, which have been made. The direct mail list includes a two mile radius of surrounding properties.

9) Our loopnet.com Hot Properties Bulletin e-blast is scheduled for today, August 11th.

10) The property is listed and enhanced on the mls/realtor.com with e-blasts scheduled this week to regional Realtors and Fisher Auction Company's VIP e-lists.

11) Our second open house is scheduled for today from 10 am to Noon.

12) Francis Santos and Jason Welt are fielding all incoming inquiries.

13) I am overseeing all pre-auction initiatives and look forward to a successful Auction.

This progress report attempts to detail our activities as it relates to the Auction. It is in no way, all encompassing nor prioritized. It is however, a guideline to our progress.

Thank you for allowing Fisher Auction Company to serve you and the Cassidy's in this very important sale of their home.



fisherauction.com

The Standard of Excellence

# Progress Report
## "The David Cassidy Estate" Real Estate Auction

**MEMORANDUM**

**VIA:**  **EMAIL**

**TO:**  Susan D. Lasky, PA - Sue@SueLasky.com

**CC:**  Thomas L. Abrams, Esq. - tabrams@tabramslaw.com
Robert L. Bakeris, Esq. c/o Gigi Ghanem - gigi@bakeris.com
Arianna Goldman, Esq. - arianna@goldmanrosa.com
Jessica Russell, FRP - jessica@suelasky.com
Sue Cassidy – sookloozy@aol.com
Jason Welt - jw@jweltpa.com
Francis Santos – francis@fisherauction.com
André LaBauve – andre@fisherauction.com
Midge Navarro – midge@fisherauction.com

**FROM:**  Lamar P. Fisher

**DATE:**  August 18, 2015

**RE:**  **Progress Report #2**

---

The following update is a brief summary of activities and progress on the upcoming Real Estate Auction for the "David Cassidy Estate" since our last report.

1) To date, we have received the following responses to the approved marketing campaign;

|  |  | Last Report |
|---|---|---|
| Calls / Emails requesting additional information | 125 | 90 |
| Total Views on our dedicated web page | 4,922 | 3,527 |
| Total Listing Views on Loopnet | 8,885 | 544 |
| Total Listing Views on Realtor.com | 1,744 | 1,507 |

2) Inquiries have come from the following sixteen (16) States / Countries;
(CO, CT, FL, GA, IL, MI, NJ, NY, OH, PA, TN, TX, VA, WI, Canada, Hong Kong)

3) To date, twenty (20) potential bidders have toured the home. We are showing two parties who are flying in from out of state to tour the home this coming Friday and Saturday.

4) To date, we have received one (1) Real Estate Broker Buyer Participation Registration form. Brokers always wait till the last minute to send in their registration forms.



# Progress Report
## "The David Cassidy Estate" Real Estate Auction

5) Our second "front page" run for the Sun Sentinel's "Inside Real Estate" is scheduled for this Sunday, August 23rd.

6) To date, print advertisements have appeared in the Wall Street Journal, New York Times, USA Today, Sun Sentinel and the Daily Business Reviews.

7) The direct piece was sent as scheduled including all residents within a two mile radius of the property.

8) Our loopnet.com Hot Properties Bulletin e-blast was released last Tuesday, August 11th.

9) An e-blast was sent to all Fisher Auction Company's VIP and Realtor e-lists advising them of this week's broker open house, which was held today, Tuesday, August 18th.

10) Additional e-blasts are scheduled via propertycampaign.com and propertyblasthomes.com.

11) We will be conducting a local media day at the home on Wednesday, August 26th at 11:00am.

12) Francis Santos and Jason Welt are fielding all incoming inquiries.

13) I am overseeing all pre-auction initiatives and look forward to a successful Auction.

This progress report attempts to detail our activities as it relates to the Auction. It is in no way, all encompassing nor prioritized. It is however, a guideline to our progress.

Thank you for allowing Fisher Auction Company to serve you and the Cassidy's in this very important sale of their home.



fisherauction.com

The Standard of Excellence

# Progress Report
## "The David Cassidy Estate" Real Estate Auction

**MEMORANDUM**

**VIA:**      **EMAIL**

**TO:**        Susan D. Lasky, PA - Sue@SueLasky.com

**CC:**        Thomas L. Abrams, Esq. - tabrams@tabramslaw.com
Robert L. Bakeris, Esq. c/o Gigi Ghanem - gigi@bakeris.com
Arianna Goldman, Esq. - arianna@goldmanrosa.com
Jessica Russell, FRP - jessica@suelasky.com
Sue Cassidy – sookloozy@aol.com
Jason Welt - jw@jweltpa.com
Francis Santos – francis@fisherauction.com
André LaBauve – andre@fisherauction.com
Midge Navarro – midge@fisherauction.com

**FROM:**   Lamar P. Fisher

**DATE:**    August 25, 2015

**RE:**        **Progress Report #3**

---

The following update is a brief summary of activities and progress on the upcoming Real Estate Auction for the "David Cassidy Estate" since our previous report.

1) To date, we have received the following responses to the approved marketing campaign;

|  |  | Last Report |
|---|---|---|
| Calls / Emails requesting additional information | 178 | 125 |
| Total Views on our dedicated web page | 6,069 | 4,922 |
| Total Listing Views on Loopnet | 9,617 | 8,885 |
| Total Listing Views on Realtor.com | 1,875 | 1,744 |

2) Inquiries have come from the following twenty (20) States / Countries;
(CA, CO, CT, FL, GA, IL, MA, MI, NJ, NY, OH, PA, RI, TN, TX, VA, WI, Canada, France, Hong Kong)

3) To date, thirty five (35) groups have toured the home, two (2) of which flew in from out of state this past weekend to view the home. Several brokers have attended multiple tours with different potential bidders.

4) To date, we have received one (1) Real Estate Broker Buyer Participation Registration form. Brokers always will wait until the last minute to send in their registration forms.



# Progress Report
## "The David Cassidy Estate" Real Estate Auction

5)  Our second "front page" run for the Sun Sentinel's "Inside Real Estate" ran as scheduled, Sunday, August 23rd.

6)  An e-blast was sent promoting today's open house to all interested parties that have made direct contact to us thru advertising, Fisher Auction Company's VIP list and regional (and additional out-of-state) Realtor e-lists.

7)  We will be conducting a local media day at the home on Wednesday, August 26th at 11:00am and will have approximately six (6) print medias and several local television stations attend.

8)  Francis Santos and Jason Welt are fielding all incoming inquiries.

9)  I am overseeing all pre-auction initiatives and look forward to a successful Auction.

This progress report attempts to detail our activities as it relates to the Auction. It is in no way, all encompassing nor prioritized. It is however, a guideline to our progress.

Thank you for allowing Fisher Auction Company to serve you and the Cassidy's in this very important sale of their home.



# PROGRESS REPORT
## "The David Cassidy Estate" Real Estate Auction

**MEMORANDUM**

| | |
|---|---|
| **VIA:** | **EMAIL** |
| **TO:** | Susan D. Lasky, PA - Sue@SueLasky.com |
| **CC:** | Thomas L. Abrams, Esq. - tabrams@tabramslaw.com |
| | Robert L. Bakeris, Esq. c/o Gigi Ghanem - gigi@bakeris.com |
| | Arianna Goldman, Esq. - arianna@goldmanrosa.com |
| | Jessica Russell, FRP - jessica@suelasky.com |
| | Sue Cassidy – sookloozy@aol.com |
| | Jason Welt - jw@jweltpa.com |
| | Francis Santos – francis@fisherauction.com |
| | André LaBauve – andre@fisherauction.com |
| | Midge Navarro – midge@fisherauction.com |
| **FROM:** | Lamar P. Fisher |
| **DATE:** | September 1, 2015 |
| **RE:** | **Progress Report #4** |

---

The following update is a brief summary of activities and progress on the upcoming Real Estate Auction for the "David Cassidy Estate" since our previous progress report.

1) To date, we have received the following <u>overwhelming</u> responses to the approved marketing campaign;

| | | Last Report |
|---|---|---|
| Calls / Emails requesting additional information | 203 | 178 |
| Total Views on our dedicated web page | 8,092 | 6,069 |
| Total Listing Views on Loopnet | 10,156 | 9,617 |
| Total Listing Views on Realtor.com | 2,010 | 1,875 |

2) Inquiries have come from the following twenty (20) States / Countries;
(CA, CO, CT, FL, GA, IL, MA, MI, NJ, NY, OH, PA, RI, TN, TX, VA, WI, Canada, France, Hong Kong)

3) To date, forty-one (41) groups have toured the home. Five (5) parties attended the broker open house today. Several real estate brokers have attended multiple tours with different potential bidders.

4) Security has been ordered through the Ft. Lauderdale Police Department to have two (2) off duty officers at the property on Auction day.



# Progress Report
## "The David Cassidy Estate" Real Estate Auction

5) A telemarketing campaign was initiated yesterday to encourage all potential buyers to prepare for the required bidder registration.

6) To date, we have received one (1) Real Estate Broker Buyer Participation Registration form. Real Estate Brokers always will wait until the last minute to send in their registration forms.

7) To date, our print media campaign has been completed according to schedule. E-platform site listings, press relations, and social media trending will continue thru the Auction day.

8) An e-blast was sent promoting the open house scheduled for today to all interested parties that have made direct contact to us thru advertising, Fisher Auction Company's VIP list and regional (and additional out-of-state) Realtor e-lists.

9) We have set up e-blast reminders of bidding requirements to attend the Auction that will be sent to interested parties this Wednesday, September 2nd, Friday, September 4th and Tuesday, September 8th.

10) Bidder registrations are due this Friday along with their escrow deposits, which are to be wired to you directly. The complete registration packages are to be sent to your office as well as our office. Please inform my office when your office receives an escrow deposit.

11) Francis Santos and Jason Welt are fielding all incoming inquiries.

12) I am overseeing all pre-auction initiatives and look forward to a successful Auction.

This progress report attempts to detail our activities as it relates to the Auction. It is in no way, all encompassing nor prioritized. It is however, a guideline to our progress.

Thank you for allowing Fisher Auction Company to serve you and the Cassidy's in this very important sale of their home.



fisherauction.com

The Standard of Excellence

Fisher Auction Company | Confidential |Page 2 of 2

VIII.   Property Information Package
        Table of Contents /
        Property Summary

**fisherauction.com**
*The Standard of Excellence*



# TABLE OF CONTENTS

I       **Executive Summary**
        **-Property Summary**
        **-Aerial / Property Photographs**
        **-Location Maps**

II      **Property Survey / Floor Plans**

III     **Harbor Beach Surf Club and Marina**

IV      **Bidder Qualification Instructions Package / Court Order**

V       **Real Estate Buyer Broker Participation Registration Form /**
        **Preview Release of Liability Form**

VI      **Real Estate Sales Contract / Title Information**

fisherauction.com
*The Standard of Excellence*

**FISHER**
AUCTION COMPANY

# Property Summary

## *David Cassidy Harbor Beach Mansion*
## *1600 South Ocean Drive, Fort Lauderdale, Florida 33316*



| | |
|---|---|
| ***Auction Date / Time*** | Wednesday, September 9, 2015 <br> @ 11:00 A.M., E.T. |
| **Auction Location** | Auction Conducted on the Premises <br> 1600 South Ocean Drive <br> Fort Lauderdale, Florida 33316 |
| **Property Tours** | Property Tours via pre-qualified special appointment only. Contact Francis Santos at 754.220.4116 or francis@fisherauction.com to schedule your special appointment |
| ***Pre-Registration / Initial Escrow Deposit*** | **Pre-Registration is required to become a qualified and eligible bidder. To register, a Prospective Bidder must provide:** <br> The required Initial Escrow Deposit, ($200,000.00 in U.S. Funds), must be wire transferred no later than 5:00 P.M. E.T., Friday, September 4, 2015 to Susan D. Lasky P.A., Trust Account. Additionally, the Bidder must submit to Susan D. Lasky P.A. proof of available funds or a financing commitment, in form and content satisfactory to the Debtor, no less than $3,000,000.00 available at a bank located within the continental United States. |
| **Broker Participation** | 2% of the Final Bid Price <br> Call 800.331.6620 or visit www.fisherauction.com for the Mandatory Real Estate Buyer Broker Participation Registration Form |

fisherauction.com
*The Standard of Excellence*



# Property Summary

## Property Details

### Property Address
1600 South Ocean Drive, Fort Lauderdale, Florida 33316

### Property Description
A Five (5) Bedroom and Six and One-Half (6.5) Bathroom Waterfront Estate Home located in the exclusive Harbor Beach Subdivision.

### Property Directions
From I-95 Exit #26 / Davie Boulevard and travel East to US 1. Turn right and go to S.E. 17 Street. Turn left and continue along A1A to Harbor Beach Parkway. Turn right and go to S. Ocean Drive. Turn right and proceed to address on your left

### Location Description
➢ Private Waterfront Gated Estate Home on large .44± Acre Lot
➢ 130± feet of frontage along S. Ocean Drive and the Stranahan River
➢ Close to fashionable Las Olas Boulevard, Major Shopping, Restaurants, and Entertainment Venues
➢ Within minutes to the Fort Lauderdale International Airport
➢ Boating Access to the Atlantic Ocean within minutes via Port Everglades
➢ Steps to Private Members Only Harbor Beach Club and Marina

### Legal Description
HARBOR BEACH UNIT 2 21-18 B LOT 5 BLK 9

### Improvement Data
➢ Total Area- 7,075± Square Feet
➢ Living Area- 6,583± Square Feet

### Land Size
➢ .44± Acres
➢ 148± Ft. x 130± Ft.
➢ 19,183± Square Feet

### 2014 Real Estate Taxes
➢ $ 34,283.36
➢ Parcel No. 5042 13 03 0620
➢ Tax Assessment Value of $1,759,540

### Zoning
Single Family

### Flood Zone
➢ Zone AE
➢ Panel No. 12011C0576H
➢ Elevation 6

fisherauction.com
*The Standard of Excellence*



# Property Summary

### Utilities
- ➢ Water – City of Fort Lauderdale
- ➢ Sewer – City of Fort Lauderdale
- ➢ Electrical – Florida Power & Light
- ➢ Telephone – AT&T
- ➢ Cable Television – Comcast
- ➢ Police – City of Fort Lauderdale
- ➢ Fire Rescue – City of Fort Lauderdale

### Construction
- ➢ Foundation – Poured Reinforced Concrete
- ➢ Components –Concrete Block and Masonry
- ➢ Exterior Walls – Masonry with Painted Stucco Finish
- ➢ Roof Cover –S Tile System
- ➢ Windows – Impact Glass
- ➢ Doors – Solid Hardwoods and Impact Glass
- ➢ HVAC – Four Central Systems
- ➢ Lighting System– Recessed Fluorescent, Spot and Incandescent Lighting
- ➢ Fire Protection – Smoke Detectors
- ➢ High Tech Security System with Video Surveillance

### Year Built
The property received a Certificate of Occupancy in 2002 and has been upgraded through 2006

## First Floor Layout

### Entry / Foyer
- ➢ Grand Entry with Oval Roof and Decorative Columns
- ➢ Solid Hardwood Door with Side Panels and Opaque Inlaid Glass
- ➢ Large Foyer with Wrought Iron Chandelier and Stairway

### Living Room
- ➢ Volume Ceilings with Custom Crown Molding and Coffered Ceilings
- ➢ Ornate Gas Fireplace
- ➢ Open Design with Unique Seating / Entertainment Areas
- ➢ Open Pool and Patio Views and Access
- ➢ Beautiful Heart of Pine Flooring

### Family / Entertainment Room
- ➢ Coffered Ceiling with Ornate Crown Moldings
- ➢ Magnificent Custom Built-In Entertainment Center with Gas Fireplace
- ➢ Glass French Doors to Pool / Patio Area
- ➢ Cabana Bathroom with Glass Door to Pool / Patio Area
- ➢ Marble Flooring
- ➢ Beautiful Heart of Pine Flooring



# Property Summary

### Custom Chef's Kitchen
➢ Custom Island with Viking Gas Stove / Hood and Wet Bar
➢ Sub Zero Refrigerator, Miele Oven, 2- Bosch Dishwashers and Kitchen Aid Compactor
➢ Custom Cabinetry with Granite Surfaces
➢ Separate Pantry and Breakfast Area
➢ Bar Counter Area with 4 Bar Stools
➢ Built in Wine Rack
➢ Marble Flooring

### Dining Room
➢ Coffered Ceiling with Ornate Chandelier
➢ Glass French Doors to Garden Area
➢ Marble Flooring
➢ Open to Kitchen
➢ Custom Ornate Wood and Glass Double Door Entry from Mexican Church

### Three Guest Rooms
➢ En-Suite Bathrooms
➢ Carpeted Flooring
➢ Walk-In Closets
➢ Spaced Floorplan provides for Ultimate Privacy

### Powder Room
➢ Off of Living Room / Hallway
➢ Porcelain Vanity
➢ Marble Flooring

### Two Car Garage
➢ Automatic Opener
➢ Private Side Access
➢ Access Door to First Floor

### Swimming Pool/ Patio Area
➢ Resort Style Heated Swimming Pool with Natural Stone Features
➢ Large Attached Hot Tub
➢ Natural Stone Patio / Entertainment Area
➢ Covered Lanai off of Family / Entertainment Room
➢ Outdoor Shower

fisherauction.com
*The Standard of Excellence*



# Property Summary

## Second Floor Layout

### Master Suite
➢ Coffered Ceiling and Ornate Crown Moldings
➢ Carpeted Flooring
➢ Private Balcony with Pool / Patio and Water Views
➢ Separate Fitness Room
➢ Office with Storage Closet and French Doors to Private Balcony
➢ Alcove Seating Area
➢ Gas Fireplace
➢ Entry Area with Large Closets

### Master Bathroom
➢ Marble Flooring
➢ Custom Cabinetry with Recessed Lighting and Granite Surfaces
➢ Jacuzzi Tub and Walk-In Shower
➢ Separate Watercloset with Bidet
➢ Dual Vanities with Built- In Dressing Area

### Guest Suite
➢ Large Walk-In Closet
➢ Carpeted Flooring
➢ Private Balcony with Pool / Patio and Water Views
➢ En-Suite Bathroom with Jacuzzi Tub, Walk-In Shower and Marble Flooring

## Additional Property Features

➢ Perimeter Wall with Iron Security Gates
➢ Large Dock with Boatlift
➢ Ornate Waterfront Gazebo
➢ Courtyard with Seating Area and Magnificent 50 Year Old Bougainvillea
➢ Beautiful Blend of Elegance and Coastal Living
➢ Private Members Only Harbor Beach Club and Marina
➢ The property is being sold Complete with Luxurious High End Furnishings

The information above has been obtained from sources deemed reliable. While we do not doubt the accuracy, we have not verified it and make no guarantee, warranty or representation about it. Any projections, opinions, assumptions or estimates used are for example only and do not present the current or future performance of the property. It is your responsibility to independently verify the accuracy and completeness of the information.

fisherauction.com
The Standard of Excellence



IX.    Sample Print Media Ads /
       Sample Internet Advertising /
       E-Pushes



M10 | Friday, August 7, 2015

THE WALL STREET JOURNAL.

## MANSION

ADVERTISEMENT

# Distinctive Properties & Estates
To advertise: 800-366-3975 or WSJ.com/classifieds

---

**ALABAMA**



# AUCTION
Thursday, August 20th • 10:00am (CT)
2668 Altadena Rd, Vestavia, AL 35243



### "Vestavia 10± Acre Estate"
2015 Birmingham Symphony Decorators' ShowHouse

• Private Gated Estate on 10± Heavily Wooded Acres
• Pristine 5 Bed/6 Bath Home
• Formal Living and Dining room
• Large Den with Fireplace and Wet Bar
• Master Bedroom with Separate Large Living area and See Thru Fireplace
• His and Hers Full Master Baths
• Slate Roof and Copper Gutters
• 2 Car Attached and 2 Car Detached Garage
• Pool House, Pool and Hot Tub
• Minutes to Summit, Galleria, Brookwood Mall, Downtown
• Mother-in-Law Suite with Full Kitchen, Bedroom/Bath, Den and Laundry Room

**TARGET AUCTION**

**800-476-3939**
www.targetauction.com

Open House: August 9th, 15th, 16th and 19th from 12:00 noon – 5:00pm or by appointment

---

**FARMS/RANCHES/ACREAGE**



SALES | AUCTIONS | FINANCE | APPRAISALS | MANAGEMENT
Dedicated to Land and Landowners Since 1946

**LOBO RANCH I LAGUNA, NEW MEXICO**
Just over an hour's drive west of Albuquerque, NM, the Lobo Ranch spans over 70± square miles offering 46,485± deeded acres of stunningly beautiful landscape and is contiguous to the Marquez Wildlife Area. $25,575,000

**OLSEN PINEY RANCH I WOLCOTT, COLORADO**
Tucked away in the secluded Piney River valley just north of Vail and Beaver Creek, this historic 2,715± acre ranch is very private yet easily accessible and features outstanding fishing, wildlife and scenery. $18,000,000

WWW.HALLANDHALL.COM | INFO@HALLANDHALL.COM | 877.959.4690

---

**ALABAMA**

Wednesday, August 19th • 10:00AM (CT)

# ABSOLUTE AUCTION

Selling as an Entirely
Online & Live Auction
Montevallo, Shelby County, AL

Attention Developers
and Home Builders!
## 66 Home Sites

• Prime Location in the Heart of Town
• Minutes to University of Montevallo
• Less than Half hour to Birmingham, I-65
• Underground Utilities, Street Lights Curb and Gutter Paved Streets

Sale title: Tatwiler Downtown Birmingham
Property may be viewed at any time or by appointment

**TARGET AUCTION**

**800-476-3939**
www.targetauction.com

---

**CALIFORNIA**

**San Diego Two Bedroom
Two Bath Condo On Ocean**

Two Bed Two Bath Condo
w/ Ocean and City Views!
Large open floor plan, two balconies!
Painted like new, tile & new carpet
throughout! 1000 sq ft, plus! Amenities
-Swimming Pool, Rec Rm, Sauna, BBQ
Area, Parking. Asking $892,000
Call 619-540-8266

---

**FLORIDA**

## Palm Beach

### L'ERMITAGE UNIT 203
Beautiful Intracoastal views in this 3BR/4.5BA condominium. Light and bright designer ready unit features amazing water views from all main rooms. Full service building with exercise room, tennis courts and gorgeous pool.

Exclusive - $4,749,000
Christian Angle Real Estate
www.anglerealestate.com

**OTHER PALM BEACH REAL ESTATE
OPPORTUNITIES AVAILABLE**

Christian J Angle at 561-629-3015
cjangle@anglerealestate.com

---

**U.S. Bankruptcy Court**

# AUCTION
**Harbor Beach Home of
Celebrity David Cassidy**
1600 South Ocean Drive
Fort Lauderdale, Florida 33316

**WED., SEPT. 9, 2015 @ 11AM, ET**



• 5 Bedroom / 6.5 Baths, Luxurious
  Resort Style Pool w/ Boat Dock
• Private Beach Club and Marina
• Close to fashionable Las Olas
  Boulevard, and Int'l Airport
• Comes with Luxurious Furnishings

Contact us for details
**fisherauction.com**
800.331.6620
2% Broker Cooperation
**FISHER**

L. Fisher AU93 AB106 | Subject to all terms of sale

---

**NORTH CAROLINA**

**WESTERN NC LAKE HOUSE**



Spacious 6 BR 4BA sleeps
12.Master BR and 2 BR on main
floor.3BR upstairs.2BR on lake
level.Concrete 10 speaker Creston
sound system. Master bath with
heated thermostatically controlled
tile flooring, air flow tub, steamy
shower, walk in dressing room.
Convenient utility room off master
bed/bath. Hardwood floors, stone
entry, two fireplaces.2 car garage
and golf garage. Level lakefront
home and Gazebo with beautiful
lake views. Hot tub seats 6.
$725,000
Owner @ 828 399 9853 or
lgearity@msn.com

---

**FARMS/RANCHES/ACREAGE**

# MONTANA
**Private valley 270 ac.**
3BR 3BA House. Barn. 3 car
garage. Best Location. East
of Bozeman MT. Horse
Whisperer country. 3/4 mi.
private entrance road.
$875,000
**MileHighMontana.com**
Owner 704-975-0205

---

**MAINE**



**Kennebunkport, Maine - By the Sea
$1,975,000**
Pristine shingle style 5 BR jewel on 4+ acres with
beautiful gardens. 800 steps to the Atlantic
shores in the prestigious Cape Arundel locale.
Nearly 9000 Sq of living space and room for
expansion. Abundant features and amenities
including a gourmet kitchen, library living room,
and generous entertainment/outdoor dining on
90' covered porch. Mabet elevator for guests &
pets. Private wells, septic & irrigation systems.
(207)590-5713 or (207)590-9408

---

**MINNESOTA**

**Northwoods Sportsman's Paradise**



390 Acres N MN, 3,600 SF home, guest house,
6 car Toy Sheds. Deer stands, food plots.
10 minutes from World Class Fishing.
Move-in ready.
$549,000.00
Patrick LaValla • 218.634.2760
www.northbordenrealty.com

---

**NEW YORK**

**RYE, NY**

**PREMIERE WATERFRONT ESTATE**
...on 10+ spectacular acres now offered for rent at
$23,000 per month, with beautiful in-ground pool
& hot tub. Tranquil grandiose views of the rocky
coast. Historic Heine home, circa 1903, offering the
epitome of exquisite architectural design & charac-
ter. A prominc lane situated on 10 acre land. Colo-
nial. Magnificent brick construction. 6 car
garage. Property includes 4.2 acres plus 6.73 water
grant acres. Also offered for sale at $13,995,000!

**Coldwell Banker Residential Brokerage**
914-967-0059 • 800-896-8948
www.ColdwellBankerHomes.com

---

**MAINE**

**LakePlacidGreatCamp.com**



Guest Lodge by Ben Muncil Architect of
Camp David $4.25M. Main Lodge $5.75M
Entire 17± sf compound
$9.5M
**F R**
315-876-2262
1406 N. State Street Syracuse, NY. 13204

---

**NEW HAMPSHIRE**

# Winnipesaukee
And NH's Lakes Region

Featuring
condos and homes ranging from
$249,000 to $9,950,000
**www.SueBradley.com**
SUSANBRADLEY@METROCAST.NET

**Susan Bradley, GRI, CRS, ABR**
Coldwell Banker RB
603.524.1511
603.524.2255

---

**SOUTH CAROLINA**

## Lakefront Estate Home
This gorgeous custom waterfront home sits on a
large wooded lot with panoramic views of Lake
Greenwood. Beautifully manicured grounds
with private dock. Over 4,000 sq. ft. of living area
with upgrades including two master suites. Wall
appliances, outdoor grilling area with brick pizza
oven and wine cellar. Located in one of the S.C.
Lake Country's most desirable private club com-
munities. this is a must see opportunity. $998,000

864-993-0999 www.GrandHarbor.net

---

# THE WALL STREET JOURNAL.

# DISTINCTIVE PROPERTIES

### SELECT RESIDENTIAL LISTINGS
### FRIDAYS IN MANSION

### LIST YOUR PROPERTY TODAY

**(800) 366-3975**

**sales.realestate@wsj.com**

Place an ad with the self-service tool:
**wsj.com/classifieds**



© 2015 Dow Jones & Company, Inc. All Rights Reserved.    DOW JONES

















# Exclusive Harbor Beach Home of Celebrity DAVID CASSIDY

**Wednesday, Sept. 9, @ 11am, ET, ONSITE**

**1600 South Ocean Drive, Fort Lauderdale, FL 33316**

- Private Waterfront Gated Estate Home with 5 Bedrooms / 6.5 Bathrooms - 130± feet of frontage along South Ocean Drive and the Stranahan River
- Magnificent upgraded appointments throughout including a Resort Style Heated Pool & Spa
- Close to fashionable Las Olas Boulevard, Major Shopping, Restaurants, and Entertainment Venues
- Within minutes to the Fort Lauderdale International Airport
- Boating Access to the Atlantic Ocean within minutes via Port Everglades
- Steps to Private Members Only Harbor Beach Club and Marina

  

2% Broker Cooperation
FL Lic: Lamar Fisher
AU93; AB106
Subject to all terms of sale

**Contact Us for Information Link**

Contact Us for Details & Bidding Instructions

**fisherauction.com | 800.331.6620**

This message was sent to midge@fisherauction.com

If you wish to limit the amount of emails you receive, please edit your preferences or unsubscribe.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies.

PropertyCampaign, LLC
244 5th Avenue, Suite 1866
New York, NY 10001







## Socal Media Trending







## Press Relations - Links to Articles

Sun Sentinel
http://www.sun-sentinel.com/business/realestate/fl-david-cassidy-auction-20150618-story.html

**Daily Business Reviews**
http://www.dailybusinessreview.com/home/id=1202729868555/Judge-Sets-Auction-for-David-Cassidys-House?mcode=1202617073880&curindex=1

**South Florida Business Journal**
http://www.bizjournals.com/southflorida/feature/5-things/2015/06/5-things-to-know-and-a-deal-on-david-cassidys-fort.html

http://www.bizjournals.com/southflorida/news/2015/06/19/inside-look-david-cassidys-south-florida-home-up.html

Wall Street Journal
http://blogs.wsj.com/bankruptcy/2015/06/19/david-cassidy-selling-south-florida-home-in-bankruptcy/

**wfla**
http://wfla.com/ap/david-cassidy-will-auction-fort-lauderdale-home/

**Washington Times**

http://www.washingtontimes.com/news/2015/jun/28/david-cassidy-will-auction-fort-lauderdale-home/

**The NY Daily News**

http://m.nydailynews.com/entertainment/gossip/david-cassidy-puts-fla-waterfront-home-auction-article-1.2274855

**Miami Herald**

http://www.miamiherald.com/entertainment/ent-columns-blogs/jose-lambiet/article28650160.html



AP Story
http://wtop.com/music/2015/07/david-cassidy-prepares-to-auction-florida-mansion/

Google
https://news.google.com/news/story?cf=all&hl=en&pz=1&ned=us&q=david+cassidy&cf=all&ncl=dfT5qHWLA7-aahMeOOcXZdctkjFKM&scoring=d

Canada
http://www.ctvnews.ca/entertainment/david-cassidy-prepares-to-auction-florida-mansion-1.2494822?hootPostID=2b6faae2d167482ea26834aeaaf35ad5

USA Today Video Tour
 http://www.usatoday.com/videos/news/nation/2015/07/30/30869051/

United Arab  Emirates

http://www.thenational.ae/arts-lifestyle/home-garden/david-cassidy-auctions-home-and-belongings---in-pictures

Local 10
http://www.local10.com/entertainment/david-cassidy-says-goodbye-to-place-of-refuge-in-fort-lauderdale/34927694

http://therealdeal.com/miami/blog/2015/08/26/full-of-memories-david-cassidys-home-goes-to-auction/

http://www.sun-sentinel.com/business/realestate/fl-clo-david-cassidy-home-20150826-story.html

http://pagesix.com/2015/08/26/bid-on-david-cassidys-florida-home/ (From the NY Post's Page Six, which is read around the world)


http://m.palmbeachpost.com/news/lifestyles/sneak-peek-at-david-cassidys-swanky-house-on-aucti/nnSkb/



PRESS RELEASE

**Fisher Auction Company Appointed to Handle the
US Bankruptcy Court Sale of Former Teen Heartthrob David Cassidy**

Fort Lauderdale, Fla. --  (June 25, 2015) -- The U.S. Bankruptcy Court Southern District of Florida (Fort Lauderdale division) has ordered the auction of the multi-million dollar waterfront estate of David Cassidy, the former pop singer and star of The Partridge Family television series.  Fisher Auction Company was appointed to manage the sale of the estate.

The estate, which received a Certificate of Occupancy in 2002 after major renovations and  is ideally situated on nearly a half-acre on South Ocean Drive in the "Harbor Beach" area of Fort Lauderdale.  The estate offers more than 6,400 sq. ft. of living space, which includes 6 bedrooms and 6 bathrooms.  Other amenities include a magnificent chef's kitchen, custom wood floors, a resort-style swimming pool with outdoor gazebo and 131+/- feet of waterfront with a dock and boat lift.  While there is no minimum bid, the property will be sold to the highest bidder pending the U.S. Bankruptcy Court's final approval.

The auction is scheduled to be held Wednesday, September 9 at 11 a.m. at the estate, 1600 South Ocean Drive, Fort Lauderdale, Florida 33316.  Bidders must be prequalified in order to participate in the auction.  For information on how to prequalify, visit www.fisherauction.com.

"We are extremely honored to have the opportunity to manage the sale of this high-profile property on South Ocean Drive," said Lamar Fisher, President and CEO of Fisher Auction Company.  "Given the location and the way Mr. Cassidy has renovated and upgraded the property, we feel this estate will draw significant attention from multiple prospective buyers."

Fisher Auction Company has previously handled numerous high-profile auctions including the former Versace Mansion, numerous private islands and multi-million dollar mansions of business executives, celebrities and professional athletes.
About Fisher Auction Company

A family-owned business founded in 1967 and based in Pompano Beach, Fla., Fisher Auction Company is comprised of highly trained and skilled individuals with backgrounds in auctioneering, real estate, development, finance, accounting, law, appraising, banking, sales and marketing.  The firm is dedicated to a superior code of ethics with the highest degree of professionalism whose reputation has and continues to be built on handling one successful sale and auction at a time.

**For media information:**  Ryan Julison, Fisher Auction Company, (321) 377-6877



X.   Auction Marketing Budget

## Exhibit "A"
## Auction Marketing Budget
## "The David Cassidy Bankruptcy Estate"

| Media | Section of Paper | Dates | Size | | Total |
|---|---|---|---|---|---|
| Wall Street Journal - National Edition | Distinctive Properties (Fridays) | | 1 col x 3" | 2 | $4,384.91 |
| New York Times - National Edition | Sunday/Wednesday Combo | | 1.8" x 2" | 1 | $1,235.33 |
| Sun Sentinel - Sunday Homes | Color Display | | 4.915" x 5.25" | 2 | $1,273.56 |
| USA Today | Classified - Auctions | | 1.88" x 2" | 1 | $352.95 |
| Daily Business Reviews | Display Ad | | 1/16th page | 3 | $1,064.14 |
| **Internet** | | | | | |
| *Listings;* auctionzip.com naarealestateauctions.com homes.com zillow.com trulia.com | | | | 1 | n/c |
| mls / realtor.com | Zip Code Feature Purchase and Listing Enhancement | | | 1 | $394.13 |
| USAwaterviews.com | Site for Listings of Waterfront Homes | | | 1 | $29.41 |
| Landsofflorida.com | 500,000± monthly visitors, National exposure | | | 1 | $35.30 |
| Loopnet.com | 800,000± Subscribers, International / National | | | 1 | $1,123.56 |
| propertycampaign.com | 300,000± Subscribers, International / National | | | 1 | $234.12 |
| Propertyauction.com | 41,000± Subscribers, National | | | 1 | $23.53 |
| Propertyblasthomes.com | Residential Real Estate Agents (FL, NY, NJ, CA) | | | 2 | $669.31 |
| fastemailflyers.com | Tri-County Realtors | | | 1 | $175.30 |
| Fisher Auction Lists - all | 25,000± Subscribers, International / National Exposure | | | 1 | n/c |
| **Social Media Optimization/Social Media** | | | | | |
| SEO / Facebook / Linkedin / Twitter | | | | 1 | n/c |
| **Data Base Research and Direct Mail** | | | | | |
| Marketing Piece 6" x 11" | Full Color, Full Bleed | 1,000 | | 1 | $  420.00 |
| Artwork Production | Typesetting Print Media Advertisements, Eblast / Banner Designs | | | 1 | $  349.00 |
| Mail List | Surrounding Property Owners and Realtors | | | 1 | $  199.00 |
| Postage and Handling + Misc | | 1,000 | | | $  600.00 |
| **Other** | | | | | |
| Press Relations, Budget Preparation & Implementation, Media Research, Layout and Placement | | | | 1 | $  395.00 |
| Buyer Broker Open House | | | | 1 | $50.00 |
| Signage | | | | 1 | $125.00 |
| Photography -  Drone Aerial | | | | 1 | $200.00 |
| Telemarketing | | | | 1 | $   69.00 |
| Auction Day Event | Bidder Packets, Security, Valet Parking (if needed) | | | 1 | $  400.00 |
| **TOTAL** | | | | | **$ 13,802.55** |

This Marketing and Promotional Schedule is merely an estimate and is not intended as a term or condition of the Auction Contract, unless expressly identified as such.  The above cost projections are based on current advertising rates and are subject to change.

