

ORDERED in the Southern District of Florida on September 18, 2015.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                                                                          Case No. 15-12588-BKC-RBR

DAVID CASSIDY,                                                                      Chapter 11

    Debtor.
_____/

### ORDER CONTINUING FINAL HEARING TO APPROVE SALE OF DEBTOR'S INTEREST IN REAL PROPERTY

THIS CAUSE came before the Court for hearing on September 16, 2015 on the Debtor's Motion for the entry of an Order Continuing the Hearing to Approve the Sale of the Debtor's Interest in the Real Property Free and Clear of Liens. The Court having heard the argument of counsels and having reviewed the pleadings and the record and being otherwise advised in the premises, it is

ORDERED that the hearing to approve the sale shall be continued to **September 25, 2015 at 9:30 a.m. U.S. Bankruptcy Court, 299 E Broward Blvd., Room 308, Fort Lauderdale, FL 33301.**

##

Submitted by: Susan D Lasky PA 915 Middle River Dr., Ste 420, Ft Lauderdale, FL 33304
Ph (954) 565-5854/ Fax (954) 206-0628

[Susan D Lasky is directed to serve a copy of this order on the parties noted and to file a Certificate of Service.]

ECF LIST:

Thomas L Abrams, Esq on behalf of Creditor Susan Shifrin Cassidy
**tabrams@tabramslaw.com**, **dabrams@tabramslaw.com**

Joseph B Battaglia on behalf of Creditor U.S. Bank National Association, As Trustee
**sobkmail@wolfelawfl.com**, **jbattaglia@wolfelawfl.com**

Michael I Goldberg, Esq on behalf of Interested Party John Scelfo
**michael.goldberg@akerman.com**, **charlene.cerda@akerman.com**

Susan D. Lasky, Esq on behalf of Debtor David Cassidy
**ECF@suelasky.com**, **ECFSueLasky@gmail.com**

Office of the US Trustee
**USTPRegion21.MM.ECF@usdoj.gov**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-12588-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Mar  2 13:17:44 EST 2015 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | American Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Edward Lipton<br>c/o Andrew Lavin<br>1632 NE 12 Terr<br>Fort Lauderdale, FL 33305-3131 | Glantz & Glantz<br>7951 SW 6 St<br>Fort Lauderdale, FL 33324-3211 |
| Hobart Linzer LLP<br>777 S Figueroa Street<br>Suite 4000<br>Los Angeles, CA 90017-5840 | Jacob Binson<br>c/o Corinne Rosner Esq.<br>1755 N University Dr<br>Hollywood, FL 33024-3601 | Jason Haber, Esq.<br>888 S Andrews Ave<br>Suite 201<br>Fort Lauderdale, FL 33316-1047 |
| Jeffrey Harrington Esq<br>Harrington Law Associate<br>100 S Olive Ave<br>West Palm Beach, FL 33401-5505 | Joel Kirschbaum, Esq.<br>1301 E Broward Blvd<br>Suite 230<br>Fort Lauderdale, FL 33301-2111 | Mark Shore, Esq.<br>POB 272404<br>Boca Raton, FL 33427-2404 |
| Morrison, Brown, Argiz & Farra LLC<br>225 NE Mizner Blvd<br>Suite 685<br>Boca Raton, FL 33432-4080 | Norman Kronstadt, PA<br>8211 W Broward Blvd<br>Suite 300<br>Fort Lauderdale, FL 33324-2747 | Novlet Lawrence<br>c/o Kevin B Dennis<br>1630 W Hillsboro Blvd<br>Deerfield Beach, FL 33442-1657 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PB Labs LLC<br>POB 3315<br>West Palm Beach, FL 33402-3315 | Rodier & Rodier PA<br>400 N Federal Hwy<br>Hallandale, FL 33009-3437 |
| Saavedra Goodwin<br>312 SE 17 St., 2nd Floor<br>Fort Lauderdale, FL 33316-2524 | Schlam Dermatology PA<br>10044 NW 1 Ct<br>Fort Lauderdale, FL 33324-7005 | The Villas at Polo Towers, Inc.<br>Maintenance Fee Dept<br>10600 West Charleston Blvd<br>Las Vegas, NV 89135-1014 |
| Todd Brooks<br>Safeco Insurance<br>POB 515097<br>Los Angeles, CA 90051-5097 | US Bank NA as Trustee<br>One Federal Street 3rd Floor<br>Boston, MA 02110-2027 | Wells Fargo Bank Nv N<br>Po Box 94435<br>Albuquerque, NM 87199-4435 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | David Cassidy<br>1600 S Ocean Dr<br>#2003<br>Fort Lauderdale, FL 33316-3244 |
| Susan D. Lasky Esq<br>915 Middle River Dr<br>Suite 420<br>Fort Lauderdale, FL 33304-3561 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Kia Motor Finance

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28