UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                              Case No. 15-12588-BKC-RBR

DAVID CASSIDY,                                                                       Chapter 11

      Debtor.
_____/

**DEBTOR'S MEMORANDUM IN SUPPORT OF APPROVAL OF THE
REAL ESTATE SALES CONTRACT SUBMITTED BY
SCOTT WATSON, M.D.**

      David Cassidy (the "Debtor"), through undersigned counsel, hereby files this Memorandum in support of the Real Estate Sales Contract Submitted by Scott Watson, M.D. (the "Memorandum") and states as follows:

**BACKGROUND**

      1.    On February 11, 2015, (the "Petition Date") David Cassidy, the Debtor, filed a voluntary petition under Chapter 11, Title 11 of the United States Code.

      2.    The Debtor and his non filing spouse, Susan Cassidy, jointly own certain real property located at 1600 S. Ocean Dr. #2003, Fort Lauderdale, Florida 33316, which is legally described as: Harbor Beach Unit 2-21-18B Lot 5 BLK 9 (the "Marital Residence").

      3.    The Debtor's ownership interest in the Marital Residence is held as tenants by the entirety with his nonfiling spouse. The Marital Residence is the Debtor's exempt homestead pursuant to Article X, Section 4 of the Florida Constitution. See Schedules "A, C" (D.E. No. 1). No objections have been filed to the exempt status of the Debtor's Marital Residence.

      4.    On September 9, 2015, the Debtor conducted an onsite auction of the Marital

Residence in accordance with this Court's Order Granting the Debtor's Motion to Schedule an Auction Sale of Real Property Jointly Owned by Debtor and Nonfiling Spouse; (2) Approving the Bidding Procedures In Connection With The Auction Sale; (3) Approving Form and Manner of Sale; (4) Scheduling a Final Hearing to Approve Sale; and (5) Approving the Sale of Debtor's Interest in the Real Property Free and Clear of Interests, Liens, Claims and Encumbrances (DE 63) (hereinafter the "Approval Order").  The Approval Order scheduled the Final Hearing to Approve the Sale on September 16, 2015.  The Approval Order requires the Cassidy's to be reimbursed the costs they advanced for the marketing expenses, and for all liens on the Marital Property to be satisfied from the proceeds of sale.

6.    On or about September 9, 2015, John Scelfo submitted the highest bid in the amount of $1,750,000.00 which resulted in a total contract price in the amount of $1,855,000.00 (the "Scelfo Bid"). Beacon of Pompano Beach, LLC submitted a bid in the amount of $1,725,000.00 which resulted in a total contract price in the amount of $1,828,500.00. (the "Beacon Bid").

7.    On or about September 16, 2015, Dr. Scott Watson submitted  a Real Estate Sales Contract in the total amount of $2,067,000.00 to Fisher Auction Company, the duly appointed auctioneer (the "Watkins Contract"). The Watkins Contract is the equivalent of a bid  in the amount of $1,950,000.00, i.e., $200,000.00 more than the Scelfo Bid.

8.    On September 16, 2015, undersigned counsel received proof of the Scott Watson's liquidity in the amount of $3,000,000.00 and a deposit of $206,700.00 in cleared funds. Scott Watson would qualify as a "bidder"as that term is defined in the Approval Order.

9.    In light of the Watson Contract,  John Scelfo withdrew his bid on the record at the hearing to approve the sale of the Debtor's interest in the Marital Residence conducted on

September 16, 2015. Undersigned counsel returned Mr. Scelfo's $200,000 deposit immediately after the conclusion of that hearing.

10. In light of the Watson Contract, a representative of Beacon of Pompano Beach, LLC (" Beacon") announced his client was prepared to increase its bid to $1,900,000.00 (which would result in a total contract price of $2,014,000.00) ( the "Amended Beacon Contract") .

## MEMORANDUM OF LAW

Bankruptcy courts have long recognized the existence of two principal yet competing interests in deciding whether to approve a sale, or instead reopen an auction to allow for a higher bid. The bankruptcy court walks a tightrope between providing an orderly bidding process and retaining the liberty to obtain the greatest return for the estate. *See In re Fin News Network*, 980 F2d 165,166 (2d Cir 1992).

In this case, the Mr. Scelfo withdrew his bid, leaving the Debtor with a backup bid in the amount of $1,725,000.00 from Beacon. As a result of the co-ownership of the Marital Property with a nondebtor spouse, the liens must be satisfied in order to close the sale of the Marital Residence. The Debtor does not believe Beacon's original bid in the amount of $1,725,000.00 will satisfy the liens on the Marital Residence, which include unpaid real estate taxes for 2015.

The bidding procedures approved by the Court provide that upon the failure of the successful bidder to consummate the closing of the purchase of the Marital Residence due to a breach or failure on the part of the successful bidder, then the Debtor may elect in his business judgment the next highest or otherwise best qualified bidder to be the successful bidder. The Debtor cannot accept the original bid submitted by Beacon in that it is insufficient to pay the liens on the property. Accordingly, the Debtor does not elect to accept the original bid submitted by Beacon.

The Watson Contract is the highest bid and Dr. Watson has demonstrated his financial ability to

purchase the Marital Residence. His bid is sufficient to pay the full amount of the debt required to be satisfied as set forth in the Approval Order. Any funds in excess of the debt required to be satisfied by the Approval Order are available to resolve the obligations between Mr. and Ms. Cassidy. Such funds may be available to fund a plan of reorganization. The Debtor has a fiduciary obligation to maximize the return to his creditors. Accordingly, the Debtor elects not to seek approval of the original contract submitted on September 9, 2015. Rather the Debtor respectfully requests the Court to reopen the bidding and approve the Watson Contract submitted on September 16, 2015 which will result in $1,950,000.00 to the Debtor and his nonfiling spouse, the sellers of the Marital Residence.

I HEREBY CERTIFY that a copy of the above and foregoing has been served on the list attached hereto on this 21st day of September 2015, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

SUSAN D. LASKY, PA  
Attorneys for Debtor  
915 Middle River Dr Suite 420  
Ft Lauderdale, Fl 33304  
954-400-7474 954-206-0628 fax  
Sue@SueLasky.com  

BY: *Susan Lasky*  
SUSAN D. LASKY, ESQ.  
Florida Bar No.: 451096

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-12588-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Feb 25 20:06:08 EST 2015 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | American Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Edward Lipton<br>c/o Andrew Lavin<br>1632 NE 12 Terr<br>Fort Lauderdale, FL 33305-3131 | Glantz & Glantz<br>7951 SW 6 St<br>Fort Lauderdale, FL 33324-3211 |
| Hobart Linzer LLP<br>777 S Figueroa Street<br>Suite 4000<br>Los Angeles, CA 90017-5840 | Jacob Binson<br>c/o Corinne Rosner Esq.<br>1755 N University Dr<br>Hollywood, FL 33024-3601 | Jason Haber, Esq.<br>888 S Andrews Ave<br>Suite 201<br>Fort Lauderdale, FL 33316-1047 |
| Jeffrey Harrington Esq<br>Harrington Law Associate<br>100 S Olive Ave<br>West Palm Beach, FL 33401-5505 | Joel Kirschbaum, Esq.<br>1301 E Broward Blvd<br>Suite 230<br>Fort Lauderdale, FL 33301-2111 | Mark Shore, Esq.<br>POB 272404<br>Boca Raton, FL 33427-2404 |
| Morrison, Brown, Argiz & Farra LLC<br>225 NE Mizner Blvd<br>Suite 685<br>Boca Raton, FL 33432-4080 | Norman Kronstadt, PA<br>8211 W Broward Blvd<br>Suite 300<br>Fort Lauderdale, FL 33324-2747 | Novlet Lawrence<br>c/o Kevin B Dennis<br>1630 W Hillsboro Blvd<br>Deerfield Beach, FL 33442-1657 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PB Labs LLC<br>POB 3315<br>West Palm Beach, FL 33402-3315 | Rodier & Rodier PA<br>400 N Federal Hwy<br>Hallandale, FL 33009-3437 |
| Saavedra Goodwin<br>312 SE 17 St., 2nd Floor<br>Fort Lauderdale, FL 33316-2524 | Schlam Dermatology PA<br>10044 NW 1 Ct<br>Fort Lauderdale, FL 33324-7005 | The Villas at Polo Towers, Inc.<br>Maintenance Fee Dept<br>10600 West Charleston Blvd<br>Las Vegas, NV 89135-1014 |
| Todd Brooks<br>Safeco Insurance<br>POB 515097<br>Los Angeles, CA 90051-5097 | US Bank NA as Trustee<br>One Federal Street 3rd Floor<br>Boston, MA 02110-2027 | Wells Fargo Bank Nv N<br>Po Box 94435<br>Albuquerque, NM 87199-4435 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | David Cassidy<br>1600 S Ocean Dr<br>#2003<br>Fort Lauderdale, FL 33316-3244 |
| Susan D. Lasky Esq<br>915 Middle River Dr<br>Suite 420<br>Fort Lauderdale, FL 33304-3561 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kia Motor Finance

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

ECF LIST:

Thomas L Abrams, Esq on behalf of Creditor Susan Shifrin Cassidy
**tabrams@tabramslaw.com**, **dabrams@tabramslaw.com**

Joseph B Battaglia on behalf of Creditor U.S. Bank National Association, As Trustee
**sobkmail@wolfelawfl.com**, **jbattaglia@wolfelawfl.com**

Michael I Goldberg, Esq on behalf of Interested Party John Scelfo
**michael.goldberg@akerman.com**, **charlene.cerda@akerman.com**

Susan D. Lasky, Esq on behalf of Debtor David Cassidy
**ECF@suelasky.com**, **ECFSueLasky@gmail.com**

Office of the US Trustee
**USTPRegion21.MM.ECF@usdoj.gov**

Beacon of Pompani, LLC
2364 Wilton Drive
Wilton Mnrs, FL 3305